Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

07 DEC -7 PM 4: 05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: POU  DEPUTY

A. J. OLIVER,
Plaintiff,

vs

OLD NAVY, LLC dba OLD NAVY #5873; J.C. PENNEY COMPANY, INC. dba JCPENNEY #1950; MACY'S DEPARTMENT STORES, INC. dba MACY'S; FASHION VALLEY MALL, LLC; SIMON PROPERTY GROUP, INC.,
Defendants.

SUMMONS IN A CIVIL ACTION

Case No.

07CV 2300L POR

TO: (Name and Address of Defendant)


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane, Chico, CA  95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DEC - 7 2007

W. Samuel Hamrick, Jr.

CLERK                                              DATE

P. DELA CRUZ

By                    Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)