| Attorney or Party without Attorney:<br>LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>Telephone No: 530 895-3252   FAX No: 530 894-8244 | For Court Use Only |
|---|---|
| | Ref. No. or File No.: |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Southern District Of California |

| Plaintiff: A.J. OLIVER |
|---|
| Defendant: OLD NAVY, LLC |

| **PROOF OF SERVICE**<br>**S&C USDC** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV2300L(POR) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. Party served:   OLD NAVY, LLC DBA OLD NAVY #5873
   b. Person served:  MARGARET WILSON-PROCESS CLERK AND PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. Address where the party was served:   CT CORPORATION
   818 WEST 7TH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Dec. 17, 2007 (2) at: 12:25PM

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICH WILSON C.C.P.S.                d. *The Fee* for Service was:  $15.00

   HANSEN'S GUARANTEED PROCESS CO.        e. I am: (3) registered California process server
   8607 IMPERIAL HWY. SUITE #206
   DOWNEY, CA 90242                          (i)  Owner
   (562)904-9460, FAX (562)904-9462          (ii) Registration No.:    5613
   gary@hansensguaranteed.com                (iii) County:             Los Angeles
   www.hansensguaranteed.com                 (iv) Expiration Date:     Fri, Oct. 09, 2009



8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Dec. 18, 2007

Judicial Council Form                PROOF OF SERVICE              (RICH WILSON C.C.P.S.)      3252.16358
Rule 982.9.(a)&(b) Rev January 1, 2007    S&C USDC