| Attorney or Party without Attorney:<br>LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>Telephone No: 530 895-3252    FAX No: 530 894-8244 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | | | | |
| Plaintiff: A.J. OLIVER | | | | | |
| Defendant: OLD NAVY, LLC | | | | | |
| **PROOF OF SERVICE**<br>**S&C USDC** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV2300L(POR) | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. Party served:            SIMON PROPERTY GROUP, INC.
   b. Person served:           MARGARET WILSON-PROCESS CLERK AND PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. Address where the party was served:   CT CORPORATION
                                          818 WEST 7TH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Dec. 17, 2007 (2) at: 12:25PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICH WILSON C.C.P.S.                              d. *The Fee for Service was:* $15.00

   HANSEN'S GUARANTEED PROCESS CO.                      e. I am: (3) registered California process server
   8607 IMPERIAL HWY. SUITE #206
   DOWNEY, CA 90242                                         (i) Owner
   (562)904-9460, FAX (562)904-9462                         (ii) Registration No.:    5613
   gary@hansensguaranteed.com                               (iii) County:              Los Angeles
   www.hansensguaranteed.com                                (iv) Expiration Date:      Fri, Oct. 09, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Dec. 18, 2007

Judicial Council Form                    PROOF OF SERVICE            (RICH WILSON C.C.P.S.)
Rule 982.9.(a)&(b) Rev January 1, 2007       S&C USDC                                          3252.16359