| | |
|---|---|
| *Attorney or Party without Attorney:*<br>LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA  95926<br>*Telephone No:* 530 895-3252    *FAX No:* 530 894-8244<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Southern District Of California

*Plaintiff:* A.J. OLIVER
*Defendant:* OLD NAVY, LLC

| **PROOF OF SERVICE**<br>**S&C USDC** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV2300L(POR) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. Party served:              FASHION VALLEY MALL
   b. Person served:            MARGARET WILSON-PROCESS CLERK AND PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. Address where the party was served:     CT CORPORATION
                                            818 WEST 7TH STREET
                                            LOS ANGELES, CA  90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Dec. 17, 2007 (2) at: 12:25PM

7. *Person Who Served Papers:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICH WILSON C.C.P.S.                                    d. *The Fee for Service was:*   $15.00

   HANSEN'S GUARANTEED PROCESS CO.                            e. I am: (3) registered California process server
   8607 IMPERIAL HWY. SUITE #206                                 (i)   Owner
   DOWNEY, CA 90242                                              (ii)  Registration No.:       5613
   (562)904-9460, FAX (562)904-9462                              (iii) County:                  Los Angeles
   gary@hansensguaranteed.com                                    (iv)  Expiration Date:         Fri, Oct. 09, 2009
   www.hansensguaranteed.com

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Dec. 18, 2007

                                                                                              (RICH WILSON C.C.P.S.)

Judicial Council Form                              PROOF OF SERVICE                                               3252.16356
Rule 982.9.(a)&(b) Rev January 1, 2007              S&C USDC