| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| Law Offices Of: LYNN HUBBARD III<br>12 WILLIAMSBURG LANE<br>Chico, CA 95926<br>*Telephone No:* 530 895-3252    *FAX No:* 530 894-8244 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>OLIVER v. FASHION VALLEY MALL | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Southern District Of California | | |
| *Plaintiff:* A.J. OLIVER | | |
| *Defendant:* OLD NAVY, LLC, et al. | | |

| **PROOF OF SERVICE**<br>**SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV 2300 L (POR) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT

3. a. *Party served:*                    MACY'S DEPARTMENT STORES, INC. dba MACY'S
   b. *Person served:*                   BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. *Address where the party was served:*      CSC-LAWYERS INCORPORATING SERVICE
                                                      2730 Gateway Oaks Drive
                                                      Suite 100
                                                      Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Dec. 17, 2007 (2) at: 2:30PM

7. *Person Who Served Papers:*                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                            d. *The Fee for Service was:*    $33.00
   **b. ALL PRO ATTORNEY SERVICES**      e. I am: (3) registered California process server
       2410 FAIR OAKS BOULEVARD                    *(i)*   Owner
       SUITE 125                                 *(ii)*  *Registration No.:*   87-010
       Sacramento, CA 95825                  *(iii)* *County:*         Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Dec. 19, 2007

PROOF OF SERVICE<br>SUMMONS

(Jim Wardlow)

hubbard.40263