1  Kathleen A. Hunt, State Bar No. 146454
   Patrick L. Hurley, State Bar No. 174438
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ** LLP
3  15th Floor at 801 Tower
   801 South Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  Email: kak@mmker.com
   Email: plh@mmker.com
6
   Attorneys for Defendant
7  J.C. PENNEY CORPORATION, INC. (erroneously sued as J.C. PENNEY
   COMPANY, INC.)
8

9              UNITED STATES DISTRICT COURT

10           SOUTHERN DISTRICT OF CALIFORNIA

11 A.J. OLIVER,                    ) CASE NO.: 07 CV 2300 L (POR)
                                   )
12          Plaintiffs,            ) **ANSWER OF J.C. PENNEY**
                                   ) **CORPORATION, INC. (erroneously**
13                                 ) **sued as J.C. PENNEY COMPANY,**
                                   ) **INC.) TO PLAINTIFF'S**
   vs.                             ) **COMPLAINT; DEMAND FOR**
14                                 ) **JURY TRIAL**
                                   )
15 OLD NAVY, LLC d/b/a Old Navy #5873; )
   J.C. PENNEY COMPANY, INC. d/b/a  J. )
16 C. Penney #1950; MACY'S          )
   DEPARTMENT STORES, INC. d/b/a.   )
17 Macy's; FASHION VALLEY MALL;     )
   SIMON PROPERTY GROUP, INC.,      )
18                                  )
            Defendants.            )
19                                  )
                                   )
20 ——————————————————————————————— )

21      Comes now, defendant J.C. PENNEY CORPORATION, INC. (erroneously

22 sued as J.C. PENNEY COMPANY, INC.) answering plaintiff's COMPLAINT on

23 file herein, admits, denies and alleges as follows:

24      1.      For its answer to paragraph 1 of the Complaint, JCPenney admits that

25 Plaintiff has alleged causes of action in the nature of civil rights actions but denies

26 that such claims have any validity.  JCPenney further admits that it operates a retail

27 store, No. 1950, at 6987 Friars Road, San Diego, California.  To the extent that the

28 remainder of paragraph 1 requires a response from JCPenney, JCPenney is without

                              -1-

sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1.  On that basis, JCPenney denies the remaining allegations set forth in paragraph 1 of the Complaint.

2.      For its answer to paragraph 2 of the Complaint, JCPenney admit that Plaintiff has alleged claims for damages and other relief against Defendants pursuant to the Americans with Disabilities Act ("ADA") but denies that such claims against JCPenney have any validity.  JCPenney denies each and every remaining allegation of paragraph 2 of the Complaint.

3.      For its answer to paragraph 3 of the Complaint, JCPenney admits that Plaintiff has alleged a cause of action subject to original jurisdiction under the ADA. JCPenney denies the validity of such claims.

4.      For its answer to paragraph 4 of the Complaint, JCPenney admits that Plaintiff has alleged causes of action subject to supplemental jurisdiction.  JCPenney denies that such claims have any validity.  JCPenney denies each and every of the remaining allegations of paragraph 4 of the Complaint.

5.      For its answer to paragraph 5 of the Compalint, JCPenney admits that Plaintiff has alleged a causes of action subject to 28 U.S.C. §§2201 and 2202. JCPenney denies that such claims have any validity.

6.      For its answer to paragraph 6 of the Complaint, JCPenney admits that venue is proper in this District.  JCPenney denies each and every remaining allegations of paragraph 6 of the Complaint.

7.      To the extent that paragraph 7 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 7.  On that basis, JCPenney denies each and every allegation set forth in paragraph 7 of the Complaint.

8.      For its answer to paragraph 8 of the Complaint, JCPenney admits that it is a corporation operating a retail store at the Fashion Valley Mall in San Diego, California.  JCPenney denies the remaining allegations of paragraph 8 of the

Complaint.

9.    To the extent that paragraph 9 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 9.  On that basis, JCPenney denies each and every allegation set forth in paragraph 9 of the Complaint.

10.    For its answer to paragraph 10 of the Complaint, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and for that reason, JCPenney denies each and every allegation set forth therein.

11.    To the extent paragraph 11 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11.  On that basis, JCPenney denies each and every allegation set forth in paragraph 11 of the Complaint.

12.    For its answer to paragraph 12 of the Complaint, JCPenney admits that it operates a retail store at the Fashion Valley Mall in San Diego, California. JCPenney denies each and every remaining allegation of paragraph 12.

13.    To the extent paragraph 13 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 13.  On that basis, JCPenney denies each and every allegation set forth in paragraph 13 of the Complaint.

14.    To the extent paragraph 14 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14.  On that basis, JCPenney denies each and every allegation set forth in paragraph 14 of the Complaint.

15.    For its answer to paragraph 15 of the Complaint, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 15 of the Complaint regarding Plaintiff's personal experiences. JCPenney denies the allegation that any barriers encountered prevented Plaintiff

from enjoying full and equal access.  JCPenney denies each and every remaining allegation contained in paragraph 15 of the Complaint.

16.    To the extent paragraph 16 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 16.  On that basis, JCPenney denies each and every allegation set forth in paragraph 16 of the Complaint.

17.    To the extent paragraph 17 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 17.  On that basis, JCPenney denies each and every allegation set forth in paragraph 17 of the Complaint.

18.    For its answer to paragraph 18 of the Complaint, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 18 regarding Plaintiff's personal beliefs.  JCPenney denies that its facility is inaccessible to the physically disabled or that there is a threat of injury to such persons.  JCPenney denies each and every remaining allegation set forth in paragraph 18 of the Complaint.

19.    To the extent paragraph 19 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19.  On that basis, JCPenney denies each and every allegation set forth in paragraph 19 of the Complaint.

20.    For its answer to paragraph 20 of the Complaint, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations relating to other barriers allegedly encountered at unspecified facilities or Plaintiff's intentions with regard to this action and, therefore, denies these allegations. JCPenney denies each and every remaining allegation set forth in paragraph 20 of the Complaint.

21.    To the extent paragraph 21 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief

as to the truth of the allegations contained in paragraph 21.  On that basis, JCPenney denies each and every allegation set forth in paragraph 21 of the Complaint.

22.    To the extent paragraph 22 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 22.  On that basis, JCPenney denies each and every allegation set forth in paragraph 22 of the Complaint.

23.    To the extent paragraph 23 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 23.  On that basis, JCPenney denies each and every allegation set forth in paragraph 23 of the Complaint.

24.    For its answer to paragraph 24 of the Complaint, JCPenney denies that it knew that any elements or areas of its facility were inaccessible, in violation of the law or interfered with or denied access to the physically disabled.  JCPenney denies each and every remaining allegation of paragraph 24 of the Complaint.

25.    For its answer to paragraph 25 of the Complaint, JCPenney admits that it maintains sufficient control of its facility to make certain modifications of its facility; however, JCPenney is without sufficient knowledge or information to form a belief as to the nature of the modifications and the truth of the allegations in paragraph 25 of the Complaint.  JCPenney denies each and every remaining allegation of paragraph 25 of the Complaint.

26.    For its answer to paragraph 26 of the Complaint, JCPenney is without sufficient knowledge or information to form a belief as to whether maintenance or repairs temporarily restricted or denied access at the time of Plaintiff's visit to the facility.  On that basis, JCPenney denies these allegations.  JCPenney denies each and every remaining allegation set forth in paragraph 26 of the Complaint.

27.    To the extent paragraph 27 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 27.  On that basis, JCPenney

denies each and every allegation set forth in paragraph 27 of the Complaint.

28.    To the extent paragraph 28 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 28.  On that basis, JCPenney denies each and every allegation set forth in paragraph 28 of the Complaint.

29.    To the extent paragraph 29 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 29.  On that basis, JCPenney denies each and every allegation set forth in paragraph 29 of the Complaint.

30.    To the extent paragraph 30 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 30.  On that basis, JCPenney denies each and every allegation set forth in paragraph 30 of the Complaint.

31.    For its answer to paragraph 31 of the Complaint, JCPenney denies that it knew that any elements or areas of its facility were inaccessible, in violation of the law or interfered with or denied access to the physically disabled.  JCPenney denies each and every remaining allegation of paragraph 31 of the Complaint.

32.    To the extent paragraph 32 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 32.  On that basis, JCPenney denies each and every allegation set forth in paragraph 32 of the Complaint.

33.    To the extent that paragraph 33 of the Complaint requires a response from JCPenney, JCPenney incorporates by reference its responses to paragraphs 1 through 21 of the Complaint as if fully set forth herein.

34.    To the extent that paragraph 34 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 34 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in

paragraph 34 of the Complaint.

35.    To the extent paragraph 35 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 35.  On that basis, JCPenney denies each and every allegation set forth in paragraph 35 of the Complaint.

36.    To the extent that paragraph 36 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 36 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 36 of the Complaint.

37.    To the extent that paragraph 37 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 37 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 37 of the Complaint.

38.    To the extent paragraph 38 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 38.  On that basis, JCPenney denies each and every allegation set forth in paragraph 38 of the Complaint.

39.    To the extent paragraph 39 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 39.  On that basis, JCPenney denies each and every allegation set forth in paragraph 39 of the Complaint.

40.    To the extent paragraph 40 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 40.  On that basis, JCPenney denies each and every allegation set forth in paragraph 40 of the Complaint.

///

41.    To the extent that paragraph 41 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 41 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 41 of the Complaint.

42.    To the extent paragraph 42 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 42.  On that basis, JCPenney denies each and every allegation set forth in paragraph 42 of the Complaint.

43.    To the extent paragraph 43 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 43.  On that basis, JCPenney denies each and every allegation set forth in paragraph 43 of the Complaint.

44.    To the extent that paragraph 44 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 44 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 44 of the Complaint.

45.    To the extent paragraph 45 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 45.  On that basis, JCPenney denies each and every allegation set forth in paragraph 45 of the Complaint.

46.    To the extent that paragraph 46 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 46 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 46 of the Complaint.

///

47.     To the extent paragraph 47 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 47.  On that basis, JCPenney denies each and every allegation set forth in paragraph 47 of the Complaint.

48.     To the extent paragraph 48 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 48.  On that basis, JCPenney denies each and every allegation set forth in paragraph 48 of the Complaint.

49.     To the extent paragraph 49 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 49.  On that basis, JCPenney denies each and every allegation set forth in paragraph 49 of the Complaint.

50.     To the extent that paragraph 50 of the Complaint requires a response from JCPenney, JCPenney incorporates by reference its responses to paragraphs 1 through 49 of the Complaint as if fully set forth herein.

51.     To the extent that paragraph 51 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 51 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 51 of the Complaint.

52.     To the extent that paragraph 52 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 52 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 52 of the Complaint.

53.     To the extent that paragraph 53 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 53 are legal conclusions and JCPenney is not obligated to admit or deny such

statements. JCPenney denies each and every remaining allegation contained in paragraph 53 of the Complaint.

54.    To the extent paragraph 54 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 54. On that basis, JCPenney denies each and every allegation set forth in paragraph 54 of the Complaint.

55.    To the extent paragraph 55 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 55. On that basis, JCPenney denies each and every allegation set forth in paragraph 55 of the Complaint.

56.    To the extent paragraph 56 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 56. On that basis, JCPenney denies each and every allegation set forth in paragraph 56 of the Complaint.

57.    To the extent that paragraph 57 of the Complaint requires a response from JCPenney, JCPenney incorporates by reference its responses to paragraphs 1 through 56 of the Complaint as if fully set forth herein.

58.    To the extent that paragraph 58 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 58 are legal conclusions and JCPenney is not obligated to admit or deny such statements. JCPenney denies each and every remaining allegation contained in paragraph 58 of the Complaint.

59.    To the extent that paragraph 59 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 59 are legal conclusions and JCPenney is not obligated to admit or deny such statements. JCPenney denies each and every remaining allegation contained in paragraph 59 of the Complaint.

///

60.    To the extent that paragraph 60 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 60 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 60 of the Complaint.

61.    To the extent paragraph 61 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 61.  On that basis, JCPenney denies each and every allegation set forth in paragraph 61 of the Complaint.

62.    To the extent paragraph 62 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 62.  On that basis, JCPenney denies each and every allegation set forth in paragraph 62 of the Complaint.

63.    To the extent paragraph 63 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 63.  On that basis, JCPenney denies each and every allegation set forth in paragraph 63 of the Complaint.

64.    To the extent paragraph 64 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 64.  On that basis, JCPenney denies each and every allegation set forth in paragraph 64 of the Complaint.

65.    To the extent that paragraph 65 of the Complaint requires a response from JCPenney, JCPenney incorporates by reference its responses to paragraphs 1 through 64 of the Complaint as if fully set forth herein.

66.    To the extent that paragraph 66 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 66 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in

paragraph 66 of the Complaint.

67.     To the extent that paragraph 67 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 67 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 67 of the Complaint.

68.     To the extent paragraph 68 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 68.  On that basis, JCPenney denies each and every allegation set forth in paragraph 68 of the Complaint.

69.     To the extent paragraph 69 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 69.  On that basis, JCPenney denies each and every allegation set forth in paragraph 69 of the Complaint.

70.     For its response to paragraph 70 of the Complaint, JCPenney incorporates by reference its responses to paragraphs 1 through 69 of the Complaint as if fully set forth herein.

71.     For its answer to paragraph 71 of the Complaint, JCPenney would show that the allegations set forth in paragraph 71 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 71 of the Complaint.

72.     For its answer to paragraph 72 of the Complaint, JCPenney denies each and every allegation in paragraph 72 of the Complaint.

73.     For its answer to paragraph 73 of the Complaint, JCPenney would show that the allegations set forth in paragraph 73 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 73 of the Complaint.

///

74.     For its answer to paragraph 74 of the Complaint, JCPenney would show that the allegations set forth in paragraph 74 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 74 of the Complaint.

75.     For its answer to paragraph 75 of the Complaint, JCPenney denies each and every allegation in paragraph 75 of the Complaint.

76.     For its answer to paragraph 76 of the Complaint, JCPenney denies each and every allegation in paragraph 76 of the Complaint.

77.     For its answer to paragraph 77 of the Complaint, JCPenney denies each and every allegation in paragraph 77 of the Complaint.

78.     For its answer to paragraph 78 of the Complaint, JCPenney would show that the allegations set forth in paragraph 78 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 78 of the Complaint.

79.     For its answer to paragraph 79 of the Complaint, JCPenney denies each and every allegation in paragraph 79 of the Complaint.

80.     For its answer to paragraph 80 of the Complaint, JCPenney admits that its facility has been modified since January 26, 1992.  JCPenney denies each and every remaining allegation contained in paragraph 80 of the Complaint.

81.     For its answer to paragraph 81 of the Complaint, JCPenney would show that the allegations set forth in paragraph 81 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 81 of the Complaint.

82.     For its answer to paragraph 82 of the Complaint, JCPenney denies each and every allegation in paragraph 82 of the Complaint.

83.     For its answer to paragraph 83 of the Complaint, JCPenney would show that the allegations set forth in paragraph 83 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every

1   remaining allegation contained in paragraph 83 of the Complaint.

2   84.    For its answer to paragraph 84 of the Complaint, JCPenney denies each

3   and every allegation in paragraph 84 of the Complaint.

4   85.    For its answer to paragraph 85 of the Complaint, JCPenney denies that

5   Plaintiff is entitled to the relief sought in paragraph 85 of the Complaint.

6   86.    For its answer to paragraph 86 of the Complaint, JCPenney denies that

7   Plaintiff is entitled to the relief sought in paragraph 86 of the Complaint.

8   87.    For its answer to paragraph 87 of the Complaint, JCPenney incorporates

9   it responses to paragraphs 1 through 86 of the Complaint as if fully set forth herein.

10   88.    For its answer to paragraph 88 of the Complaint, JCPenney would show

11   that the allegations set forth in paragraph 88 are legal conclusions and JCPenney is

12   not obligated to admit or deny such statements.  JCPenney denies each and every

13   remaining allegation contained in paragraph 88 of the Complaint.

14   89.    For its answer to paragraph 89 of the Complaint, JCPenney would show

15   that the allegations set forth in paragraph 89 are legal conclusions and JCPenney is

16   not obligated to admit or deny such statements.  JCPenney denies each and every

17   remaining allegation contained in paragraph 89 of the Complaint.

18   90.    For its answer to paragraph 90 of the Complaint requires a response

19   from JCPenney, JCPenney would show that the allegations set forth in paragraph 90

20   are legal conclusions and JCPenney is not obligated to admit or deny such

21   statements.  JCPenney denies each and every remaining allegation contained in

22   paragraph 90 of the Complaint.

23   91.    For its answer to paragraph 91 of the Complaint, JCPenney denies each

24   and every allegation of paragraph 91 of the Complaint.

25   92.    For its answer to paragraph 92 of the Complaint, JCPenney denies that

26   Plaintiff is entitled to the relief sought in paragraph 92 of the Complaint.

27   93.    For its answer to paragraph 93 of the Complaint, JCPenney denies that

28   Plaintiff is entitled to the relief sought in paragraph 93 of the Complaint.

94.    For its answer to paragraph 94 of the Complaint, JCPenney incorporates by reference its responses to paragraphs 1 through 93 of the Complaint as if fully set forth herein.

95.    For its answer to paragraph 95 of the Complaint, JCPenney would show that the allegations set forth in paragraph 95 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 95 of the Complaint.

96.    For its answer to paragraph 96 of the Complaint, JCPenney would show that the allegations set forth in paragraph 96 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 96 of the Complaint.

97.    For its answer to paragraph 97 of the Complaint, JCPenney would show that the allegations set forth in paragraph 97 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 97 of the Complaint.

98.    For its answer to paragraph 98 of the Complaint, JCPenney denies each and every allegation in paragraph 98 of the Complaint.

99.    For its answer to paragraph 99 of the Complaint, JCPenney denies each and every allegation in paragraph 99 of the Complaint.

100.   For its answer to paragraph 100 of the Complaint, JCPenney denies each and every allegation in paragraph 100 of the Complaint.  JCPenney further denies that Plaintiff is entitled to the relief sought in paragraph 100 of the Complaint.

101.   For its answer to paragraph 101 of the Complaint, JCPenney denies each and every allegation in paragraph 101 of the Complaint.  JCPenney further denies that Plaintiff is entitled to the relief sought in paragraph 101 of the Complaint.

102.   For its answer to paragraph 102 of the Complaint, JCPenney incorporates by reference its responses to paragraphs 1 through 101 of the Complaint as if fully set forth herein.

103.   For its answer to paragraph 103 of the Complaint, JCPenney would show that the allegations set forth in paragraph 103 of the Complaint are legal conclusions and JCPenney is not obligated to admit or deny such statements. JCPenney denies each and every remaining allegation contained in paragraph 103 of the Complaint.

104.   For its answer to paragraph 104 of the Complaint, JCPenney would show that the allegations set forth in paragraph 104 of the Complaint are legal conclusions and JCPenney is not obligated to admit or deny such statements. JCPenney denies each and every remaining allegation contained in paragraph 104 of the Complaint.

105.   For its answer to paragraph 105 of the Complaint, JCPenney admits that it is a public accommodation.  JCPenney denies each and every remaining allegation contained in paragraph 105 of the Complaint.

106.   For its answer to paragraph 106 of the Complaint, JCPenney denies each and every allegation of paragraph 106 of the Complaint.  JCPenney further denies that Plaintiff is entitled to the relief sought in paragraph 106 of the Complaint.

107.   To the extent that paragraph 107 of the Complaint requires a response from JCPenney, JCPenney incorporates by reference its responses to paragraphs 1 through 106 of the Complaint as if fully set forth herein.

108.   To the extent that paragraph 108 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 108 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 108 of the Complaint.

109.   To the extent that paragraph 109 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 109.  On that basis, JCPenney denies each and every allegation set forth in paragraph 109 of the

Complaint.

110.    To the extent that paragraph 110 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 110 are legal conclusions and JCPenney is not obligated to admit or deny such statements. JCPenney denies each and every remaining allegation contained in paragraph 110 of the Complaint.

111.    To the extent that paragraph 111 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 111 are legal conclusions and JCPenney is not obligated to admit or deny such statements. JCPenney denies each and every remaining allegation contained in paragraph 111 of the Complaint.

112.    To the extent that paragraph 112 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 112. On that basis, JCPenney denies each and every allegation set forth in paragraph 112 of the Complaint.

113.    To the extent that paragraph 113 of the Complaint requires a response from JCPENNEY, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 113. On that basis, JCPenney denies each and every allegation set forth in paragraph 113 of the Complaint.

114.    To the extent that paragraph 114 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 114. On that basis, JCPenney denies each and every allegation set forth in paragraph 114 of the Complaint.

115.    To the extent that paragraph 115 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 115

are legal conclusions and JCPenney is not obligated to admit or deny such statements. JCPenney denies each and every remaining allegation contained in paragraph 115 of the Complaint.

116. To the extent that paragraph 116 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 116. On that basis, JCPenney denies each and every allegation set forth in paragraph 116 of the Complaint.

117. To the extent that paragraph 117 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 117. On that basis, JCPenney denies each and every allegation set forth in paragraph 117 of the Complaint.

118. To the extent that paragraph 118 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 118 are legal conclusions and JCPenney is not obligated to admit or deny such statements. JCPenney denies each and every remaining allegation contained in paragraph 118 of the Complaint.

119. To the extent that paragraph 119 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 119. On that basis, JCPenney denies each and every allegation set forth in paragraph 119 of the Complaint.

120. To the extent that paragraph 120 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 120 are legal conclusions and JCPenney is not obligated to admit or deny such statements. JCPenney denies each and every remaining allegation contained in paragraph 120 of the Complaint.

121.   To the extent that paragraph 121 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 121.  On that basis, JCPenney denies each and every allegation set forth in paragraph 121 of the Complaint.

122.   To the extent that paragraph 122 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 122.  On that basis, JCPenney denies each and every allegation set forth in paragraph 122 of the Complaint and that Plaintiff is entitled to the relief sought in paragraph 122 of the Complaint.

123.   To the extent that paragraph 123 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 123.  On that basis, JCPenney denies each and every allegation set forth in paragraph 123 of the Complaint and that Plaintiff is entitled to the relief sought in paragraph 123 of the Complaint.

124.   To the extent that paragraph 124 of the Complaint requires a response from JCPenney, JCPenney incorporates its responses to paragraphs 1 through 123 of the Complaint as if fully set forth herein.

125.   To the extent that paragraph 125 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 125 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 125 of the Complaint.

126.   To the extent that paragraph 126 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 126 are legal conclusions and JCPenney is not obligated to admit or deny such

1   statements. JCPenney denies each and every remaining allegation contained in

2   paragraph 126 of the Complaint.

3        127.   To the extent that paragraph 127 of the Complaint requires a response

4   from JCPenney, JCPenney would show that the allegations set forth in paragraph 127

5   are legal conclusions and JCPenney is not obligated to admit or deny such

6   statements. JCPenney denies each and every remaining allegation contained in

7   paragraph 127 of the Complaint.

8        128.   To the extent that paragraph 128 of the Complaint requires a response

9   from JCPenney, JCPenney is without sufficient knowledge or information to form a

10  belief as to the truth of the allegations contained in paragraph 128. On that basis,

11  JCPenney denies each and every allegation set forth in paragraph 128 of the

12  Complaint.

13       129.   To the extent that paragraph 129 of the Complaint requires a response

14  from JCPenney, JCPenney is without sufficient knowledge or information to form a

15  belief as to the truth of the allegations contained in paragraph 129. On that basis,

16  JCPenney denies each and every allegation set forth in paragraph 129 of the

17  Complaint and that Plaintiff is entitled to the relief sought in paragraph 129 of the

18  Complaint.

19       130.   To the extent that paragraph 130 of the Complaint requires a response

20  from JCPenney, JCPenney is without sufficient knowledge or information to form a

21  belief as to the truth of the allegations contained in paragraph 130. On that basis,

22  JCPenney denies each and every allegation set forth in paragraph 130 of the

23  Complaint and that Plaintiff is entitled to the relief sought in paragraph 130.

24       131.   To the extent that paragraph 131 of the Complaint requires a response

25  from JCPenney, JCPenney incorporates by reference its responses to paragraphs 1

26  through 130 of the Complaint as if fully set forth herein.

27       132.   To the extent that paragraph 132 of the Complaint requires a response

28  from JCPenney, JCPenney would show that the allegations set forth in paragraph 132

are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 132 of the Complaint.

133.   To the extent that paragraph 133 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 133 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 133 of the Complaint.

134.   To the extent that paragraph 134 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 134 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 134 of the Complaint.

135.   To the extent that paragraph 135 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 135.  On that basis, JCPenney denies each and every allegation set forth in paragraph 135 of the Complaint.

136.   To the extent that paragraph 136 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 136.  On that basis, JCPenney denies each and every allegation set forth in paragraph 136 of the Complaint.

137.   To the extent that paragraph 137 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 137.  On that basis, JCPenney denies each and every allegation set forth in paragraph 137 of the Complaint and that Plaintiff is entitled to the relief sought in paragraph 137.

138.   To the extent that paragraph 138 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 138.  On that basis, JCPenney denies each and every allegation set forth in paragraph 138 of the Complaint and that Plaintiff is entitled to the relief sought in paragraph 138.

139.   To the extent that paragraph 139 of the Complaint requires a response from JCPenney, JCPenney incorporates by reference its responses to paragraphs 1 through 138 of the Complaint as if fully set forth herein.

140.   To the extent that paragraph 140 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 140 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 140 of the Complaint.

141.   To the extent that paragraph 141 of the Complaint requires a response from JCPenney, JCPenney would show that the allegations set forth in paragraph 141 are legal conclusions and JCPenney is not obligated to admit or deny such statements.  JCPenney denies each and every remaining allegation contained in paragraph 141 of the Complaint.

142.   To the extent that paragraph 142 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 142.  On that basis, JCPenney denies each and every allegation set forth in paragraph 142.

143.   To the extent that paragraph 143 of the Complaint requires a response from JCPenney, JCPenney is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 143.  On that basis, JCPenney denies each and every allegation set forth in paragraph 143 of the Complaint and that Plaintiff is entitled to the relief sought in paragraph 143 of the Complaint.

144.   To the extent that Plaintiff's Prayer for Relief against the Old Navy Defendants requires a response from JCPenney, JCPenney responds that it is without sufficient knowledge or information to form a belief as to the allegations set forth in Plaintiff's Prayer for Relief against the Old Navy Defendants.  On that basis, JCPenney denies each and every allegation set forth in Plaintiff's Prayer for Relief against the Old Navy Defendants and denies that Plaintiff is entitled to the relief sought therein.

145.   For its answer to Plaintiff's Prayer for Relief against the JCPenney Defendants, JCPenney denies each and every allegation set forth in Plaintiff's Prayer for Relief against the JCPenney Defendants and denies that Plaintiff is entitled to the relief sought therein.

146.    To the extent that Plaintiff's Prayer for Relief against the Macy's Defendants requires a response from JCPenney, JCPenney responds that it is without sufficient knowledge or information to form a belief as to the allegations set forth in Plaintiff's Prayer for Relief against the Macy's Defendants.  On that basis, JCPenney denies each and every allegation set forth in Plaintiff's Prayer for Relief against the Macy's Defendants and denies that Plaintiff is entitled to the relief sought therein.

147.   JCPenney denies all allegations not expressly admitted herein.

## AFFIRMATIVE DEFENSES

Answering defendant pleads the following separate and affirmative defenses to the complaint

## FIRST AFFIRMATIVE DEFENSE

As a first, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that its conduct was privileged and/or justified.

## SECOND AFFIRMATIVE DEFENSE

As a second, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney alleges that the relief sought by Plaintiff

1    would result in undue burden to JCPenney (42 U.S.C. §12182(b)(2)(A)(iii)).

## THIRD AFFIRMATIVE DEFENSE

As a third, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that all of its actions in this matter were taken in good faith and were not willful or malicious.

## FOURTH AFFIRMATIVE DEFENSE

As a fourth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that Plaintiff has failed to mitigate his damages.

## FIFTH AFFIRMATIVE DEFENSE

As a fifth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that Plaintiff's recovery is barred by the doctrines of waiver and/or estoppel.

## SIXTH AFFIRMATIVE DEFENSE

As a sixth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that Plaintiff's damages are purely speculative.

## SEVENTH AFFIRMATIVE DEFENSE

As a seventh, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that some or all of Plaintiff's claims are barred by the applicable statute of limitations.

## EIGHTH AFFIRMATIVE DEFENSE

As an eighth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that Plaintiff has failed to exhaust administrative remedies.

## NINTH AFFIRMATIVE DEFENSE

As a ninth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that neither the

Complaint nor any purported cause of action alleged therein state facts sufficient to constitute a cause of action or claim for relief.

### TENTH AFFIRMATIVE DEFENSE

As a tenth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that the Complaint fails to state a claim for compensatory damages.

### ELEVENTH AFFIRMATIVE DEFENSE

As an eleventh, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that the Complaint fails to state a claim for general and/or special damages.

### TWELFTH AFFIRMATIVE DEFENSE

As a twelfth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that, if its employees committed the acts alleged in the Complaint, although such is not admitted hereby or herein, such acts were committed outside the scope of such employees' employment and such acts were not authorized, adopted or ratified by JCPenney.

### THIRTEENTH AFFIRMATIVE DEFENSE

As a thirteenth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that the relief sought by Plaintiff is not readily achievable.

### FOURTEENTH AFFIRMATIVE DEFENSE

As a fourteenth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that Plaintiff lacks standing to demand the relief sought in the Complaint.

### FIFTEENTH AFFIRMATIVE DEFENSE

As a fifteenth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that the conduct about which Plaintiff complains was caused by other parties, or is under the responsibility

of other parties, than JCPenney and JCPenney is thus entitled to indemnity from those parties.

SIXTEENTH AFFIRMATIVE DEFENSE

As a sixteenth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that the relief sought by Plaintiff would fundamentally alter the nature of the goods, services, facilities, privileges, advantages and accommodations being offered.

SEVENTEENTH AFFIRMATIVE DEFENSE

As a seventeenth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that its goods, services, facilities, privileges, advantages and accommodations are available through alternative methods.

EIGHTEENTH AFFIRMATIVE DEFENSE

As an eighteenth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that the relief sought by Plaintiff is disproportionate to the overall alterations in cost and scope.

NINETEENTH AFFIRMATIVE DEFENSE

As a nineteenth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that Plaintiff is barred from seeking relief because of unclean hands, estoppel and waiver.

TWENTIETH AFFIRMATIVE DEFENSE

As a twentieth, separate affirmative defense to Plaintiff's Complaint and to each cause of action alleged therein, JCPenney affirmatively pleads that Plaintiff's alleged damages were caused by his own contributory negligence.

WHEREFORE this answering defendant prays for judgment as follows:

1.     That Plaintiff takes nothing by way of his complaint;

2.     That the Complaint herein, and each purported claim for relief contained therein, be dismissed with prejudice, and that judgment be entered for Defendant;

1       3.      That Defendant be awarded its reasonable attorneys' fees;

2       4.      That Defendant be awarded the costs of suit herein; and

3       5.      That Defendant be awarded such other and further relief that the court

4   may deem just and proper.

5

6   Dated: January 7, 2008               **MANNING & MARDER**
                                             **KASS, ELLROD, RAMIREZ LLP**

7

8                                      By: S/Patrick L. Hurley

9                                      Attorneys for Defendants
10                                     J.C. PENNEY CORPORATION, INC.
                                       (erroneously sued as J.C. PENNEY
11                                     COMPANY, INC.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DEMAND FOR JURY TRIAL

Defendant hereby demands trial of this matter by jury pursuant to Federal Rules of Civil Procedure, Rule 38(b).

DATED: January 7, 2008

**MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP**

By: S/Patrick L. Hurley

Attorneys for Defendants
J.C. PENNEY CORPORATION, INC.
(erroneously sued as J.C. PENNEY
COMPANY, INC.)