Kathleen A. Hunt, State Bar No. 146454
Patrick L. Hurley, State Bar No. 174438
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Email: kak@mmker.com
Email: plh@mmker.com

Attorneys for Defendant
J.C. PENNEY CORPORATION, INC. (erroneously sued as J.C. PENNEY
COMPANY, INC.)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER, | ) CASE NO.: 07 CV 2300 L (POR) |
| Plaintiffs, | ) |
| | ) **NOTICE OF INTERESTED** |
| vs. | ) **PARTIES** |
| | ) |
| OLD NAVY, LLC d/b/a Old Navy #5873; | ) |
| J.C. PENNEY COMPANY, INC. d/b/a J. | ) |
| C. Penney #1950; MACY'S | ) |
| DEPARTMENT STORES, INC. d/b/a. | ) |
| Macy's; FASHION VALLEY MALL; | ) |
| SIMON PROPERTY GROUP, INC., | ) |
| Defendants. | ) |
| _____ | ) |

The undersigned, counsel for Defendant J.C. PENNEY CORPORATION,

INC. (erroneously sued as J.C. PENNEY COMPANY, INC.) certify that the

following listed parties have a direct, pecuniary interest in the outcome of this case.

1.    A.J. Oliver.

2.    Old Navy LLC.

3.    J.C. Penney Corporation, Inc.

5.    Macy's Department Stores, Inc. dba Macy's.

6.    Fashion Valley Mall.

7.    Simon Property Group, Inc.


DATED: January 7, 2008                    **MANNING & MARDER**
                                          **KASS, ELLROD, RAMIREZ LLP**


                                          By: S/Patrick L. Hurley_____

                                          Attorneys for Defendants
                                          J.C. PENNEY CORPORATION, INC.
                                          (erroneously sued as J.C. PENNEY
                                          COMPANY, INC.)