1  RYAN D. FISCHBACH, Bar No. 204406
   BAKER & HOSTETLER LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, CA 90025-7120
3  Telephone:    310.820.8800
   Facsimile:    310.820.8859
4  Email:    rfischbach@bakerlaw.com

5  Attorneys for Defendants
   FASHION VALLEY MALL, LLC and SIMON
6  PROPERTY GROUP, INC.

7

8                  UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11  A. J. OLIVER,                          Case No.  07CV 2300L POR

12              Plaintiff,                  **ANSWER OF FASHION VALLEY MALL,
                                            LLC AND SIMON PROPERTY GROUP,**
13  v.                                      **INC. TO PLAINTIFF'S COMPLAINT**

14  OLD NAVY, LLC dba OLD NAVY
    #5873; J.C. PENNEY COMPANY, INC.
15  dba JCPENNEY #1950; MACY'S
    DEPARTMENT STORES, INC. dba
16  MACY'S; FASHION VALLEY MALL;
    and SIMON PROPERTY GROUP, INC.,
17
                Defendants.
18

19

20       Defendants FASHION VALLEY MALL, LLC ("Fashion Valley") and SIMON

21  PROPERTY GROUP, INC.'s ("Simon") (collectively with Fashion Valley, "Defendants") for

22  themselves alone and for no other defendant, answer the plaintiff's Complaint ("Complaint") and

23  allege as follows:

24       1.    Answering paragraph 1 of the Complaint, Defendants are without sufficient

25  knowledge or information to form a belief as to the truth of the allegations contained therein and,

26  on that basis, deny, generally and specifically, each and every allegation contained therein.

27       2.    Answering paragraph 2 of the Complaint, 42 U.S.C. §§ 12101 *et seq.* speaks for

28  itself.  Defendants admit plaintiff asserts various claims in this matter, but Defendants deny that

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

and such claims against Defendants have any validity. Otherwise, Defendants deny the remaining allegations contained therein.

3.    Answering paragraph 3 of the Complaint, Defendants admit that this Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 and that venue is proper in the Southern District of California. Otherwise, Defendants deny the remaining allegations contained therein.

4.    Answering paragraph 4 of the Complaint, Defendants admit that 28 U.S.C. § 1367 speaks for itself. Otherwise, Defendants deny the remaining allegations contained therein.

5.    Answering paragraph 5 of the Complaint, Defendants admit that 28 U.S.C. §§ 2201 and 2202 speak for themselves. Otherwise, Defendants deny the remaining allegations contained therein.

6.    Answering paragraph 6 of the Complaint, Defendants admit that 28 U.S.C. § 1391(b), (c) speaks for itself. Otherwise, Defendants deny the remaining allegations contained therein.

7.    Answering paragraph 7 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

8.    Answering paragraph 8 of the Complaint, Defendants deny, generally and specifically, each and every allegation contained therein.

9.    Answering paragraph 9 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

10.    Answering paragraph 10 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

11.    Answering paragraph 11 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

501664831                           - 2 -                    ANSWER OF FASHION VALLEY MALL, LLC AND
                                                             SIMON PROPERTY GROUP, INC. TO COMPLAINT
                                                             07CV 2300L POR

1    12.    Answering paragraph 12 of the Complaint, Defendants are without sufficient

2    knowledge or information to form a belief as to the truth of the allegations contained therein and,

3    on that basis, deny, generally and specifically, each and every allegation contained therein.

4    13.    Answering paragraph 13 of the Complaint, Defendants are without sufficient

5    knowledge or information to form a belief as to the truth of the allegations contained therein and,

6    on that basis, deny, generally and specifically, each and every allegation contained therein.

7    14.    Answering paragraph 14 of the Complaint, Defendants are without sufficient

8    knowledge or information to form a belief as to the truth of the allegations contained therein and,

9    on that basis, deny, generally and specifically, each and every allegation contained therein.

10    15.    Answering paragraph 15 of the Complaint, Defendants are without sufficient

11    knowledge or information to form a belief as to the truth of the allegations contained therein and,

12    on that basis, deny, generally and specifically, each and every allegation contained therein.

13    16.    Answering paragraph 16 of the Complaint, Defendants are without sufficient

14    knowledge or information to form a belief as to the truth of the allegations contained therein and,

15    on that basis, deny, generally and specifically, each and every allegation contained therein.

16    17.    Answering paragraph 17 of the Complaint, Defendants are without sufficient

17    knowledge or information to form a belief as to the truth of the allegations contained therein and,

18    on that basis, deny, generally and specifically, each and every allegation contained therein.

19    18.    Answering paragraph 18 of the Complaint, Defendants are without sufficient

20    knowledge or information to form a belief as to the truth of the allegations contained therein and,

21    on that basis, deny, generally and specifically, each and every allegation contained therein.

22    19.    Answering paragraph 19 of the Complaint, Defendants are without sufficient

23    knowledge or information to form a belief as to the truth of the allegations contained therein and,

24    on that basis, deny, generally and specifically, each and every allegation contained therein.

25    20.    Answering paragraph 20 of the Complaint, Defendants deny, generally and

26    specifically, each and every allegation contained therein.

27    21.    Answering paragraph 21 of the Complaint, Defendants are without sufficient

28    knowledge or information to form a belief as to the truth of the allegations contained therein and,

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    on that basis, deny, generally and specifically, each and every allegation contained therein.

2        22.    Answering paragraph 22 of the Complaint, Defendants are without sufficient

3    knowledge or information to form a belief as to the truth of the allegations contained therein and,

4    on that basis, deny, generally and specifically, each and every allegation contained therein.

5        23.    Answering paragraph 23 of the Complaint, Defendants are without sufficient

6    knowledge or information to form a belief as to the truth of the allegations contained therein and,

7    on that basis, deny, generally and specifically, each and every allegation contained therein.

8        24.    Answering paragraph 24 of the Complaint, Defendants are without sufficient

9    knowledge or information to form a belief as to the truth of the allegations contained therein and,

10    on that basis, deny, generally and specifically, each and every allegation contained therein..

11        25.    Answering paragraph 25 of the Complaint, Defendants are without sufficient

12    knowledge or information to form a belief as to the truth of the allegations contained therein and,

13    on that basis, deny, generally and specifically, each and every allegation contained therein.

14        26.    Answering paragraph 26 of the Complaint, Defendants are without sufficient

15    knowledge or information to form a belief as to the truth of the allegations contained therein and,

16    on that basis, deny, generally and specifically, each and every allegation contained therein.

17        27.    Answering paragraph 27 of the Complaint, Defendants are without sufficient

18    knowledge or information to form a belief as to the truth of the allegations contained therein and,

19    on that basis, deny, generally and specifically, each and every allegation contained therein.

20        28.    Answering paragraph 28 of the Complaint, Defendants are without sufficient

21    knowledge or information to form a belief as to the truth of the allegations contained therein and,

22    on that basis, deny, generally and specifically, each and every allegation contained therein.

23        29.    Answering paragraph 29 of the Complaint, Defendants are without sufficient

24    knowledge or information to form a belief as to the truth of the allegations contained therein and,

25    on that basis, deny, generally and specifically, each and every allegation contained therein.

26        30.    Answering paragraph 30 of the Complaint, Defendants are without sufficient

27    knowledge or information to form a belief as to the truth of the allegations contained therein and,

28    on that basis, deny, generally and specifically, each and every allegation contained therein.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

31.    Answering paragraph 31 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

32.    Answering paragraph 32 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

33.    Answering paragraph 33 of the Complaint, Defendants acknowledge that this paragraph incorporates by reference the allegations contained in paragraphs 1 through 21 of the Complaint and Defendants hereby incorporate their responses to those paragraphs as if fully stated herein.

34.    Answering paragraph 34 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that Title III of the ADA and 42 U.S.C. § 12182(a) speak for themselves.  Otherwise, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

35.    Answering paragraph 35 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

36.    Answering paragraph 36 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that 42 U.S.C. § 12182(b)(2)(A)(iv) and § 12181(9) speaks for themselves.  Otherwise, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF FASHION VALLEY MALL, LLC AND SIMON PROPERTY GROUP, INC. TO COMPLAINT
07CV 2300L POR

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

37.    Answering paragraph 37 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

38.    Answering paragraph 38 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

39.    Answering paragraph 39 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

40.    Answering paragraph 40 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

41.    Answering paragraph 41 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

42.    Answering paragraph 42 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

43.     Answering paragraph 43 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

44.     Answering paragraph 44 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

45.     Answering paragraph 45 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

46.     Answering paragraph 46 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

47.     Answering paragraph 47 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

48.     Answering paragraph 48 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained

501664831

ANSWER OF FASHION VALLEY MALL, LLC AND
SIMON PROPERTY GROUP, INC. TO COMPLAINT
07CV 2300L POR

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    therein and, on that basis, deny, generally and specifically, each and every allegation contained

2    therein.

3            49.    Answering paragraph 49 of the Complaint, except to the extent that the allegations

4    of such paragraph are statements of law to which no answer is required, Defendants are without

5    sufficient knowledge or information to form a belief as to the truth of the allegations contained

6    therein and, on that basis, deny, generally and specifically, each and every allegation contained

7    therein.

8            50.    Answering paragraph 50 of the Complaint, Defendants acknowledge that this

9    paragraph incorporates by reference the allegations contained in paragraphs 1 through 49 of the

10   Complaint and Defendants hereby incorporate their responses to those paragraphs as if fully

11   stated herein.

12           51.    Answering paragraph 51 of the Complaint, except to the extent that the allegations

13   of such paragraph are statements of law to which no answer is required, Defendants admit that

14   California Civil Code § 54 speaks for itself.  Otherwise, Defendants are without sufficient

15   knowledge or information to form a belief as to the truth of the allegations contained therein and,

16   on that basis, deny, generally and specifically, each and every allegation contained therein.

17           52.    Answering paragraph 52 of the Complaint, except to the extent that the allegations

18   of such paragraph are statements of law to which no answer is required, Defendants admit that

19   California Civil Code § 54.1 speaks for itself.  Otherwise, Defendants are without sufficient

20   knowledge or information to form a belief as to the truth of the allegations contained therein and,

21   on that basis, deny, generally and specifically, each and every allegation contained therein.

22           53.    Answering paragraph 53 of the Complaint, except to the extent that the allegations

23   of such paragraph are statements of law to which no answer is required, Defendants admit that

24   California Civil Code §§ 54(c) and 54.1(d) speak for themselves.  Otherwise, Defendants are

25   without sufficient knowledge or information to form a belief as to the truth of the allegations

26   contained therein and, on that basis, deny, generally and specifically, each and every allegation

27   contained therein.

28

Baker & Hostetler LLP
Attorneys At Law
Los Angeles

ANSWER OF FASHION VALLEY MALL, LLC AND
SIMON PROPERTY GROUP, INC. TO COMPLAINT
07CV 2300L POR

54.    Answering paragraph 54 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

55.    Answering paragraph 55 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that California Civil Code § 54.3 speaks for itself.  Otherwise, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

56.    Answering paragraph 56 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that California Civil Code §§ 54.3 and 55 speaks for themselves.  Otherwise, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

57.    Answering paragraph 57 of the Complaint, Defendants acknowledge that this paragraph incorporates by reference the allegations contained in paragraphs 1 through 56 of the Complaint and Defendants hereby incorporate their responses to those paragraphs as if fully stated herein.

58.    Answering paragraph 58 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that California Civil Code § 51 speaks for itself.  Otherwise, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

59.    Answering paragraph 59 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that California Civil Code § 51.5 speaks for itself.  Otherwise, Defendants are without sufficient

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    knowledge or information to form a belief as to the truth of the allegations contained therein and,

2    on that basis, deny, generally and specifically, each and every allegation contained therein.

3        60.    Answering paragraph 60 of the Complaint, except to the extent that the allegations

4    of such paragraph are statements of law to which no answer is required, Defendants admit that

5    California Civil Code § 51(f) speaks for itself.  Otherwise, Defendants are without sufficient

6    knowledge or information to form a belief as to the truth of the allegations contained therein and,

7    on that basis, deny, generally and specifically, each and every allegation contained therein.

8        61.    Answering paragraph 61 of the Complaint, except to the extent that the allegations

9    of such paragraph are statements of law to which no answer is required, Defendants are without

10    sufficient knowledge or information to form a belief as to the truth of the allegations contained

11    therein and, on that basis, deny, generally and specifically, each and every allegation contained

12    therein.

13        62.    Answering paragraph 62 of the Complaint, except to the extent that the allegations

14    of such paragraph are statements of law to which no answer is required, Defendants are without

15    sufficient knowledge or information to form a belief as to the truth of the allegations contained

16    therein and, on that basis, deny, generally and specifically, each and every allegation contained

17    therein.

18        63.    Answering paragraph 63 of the Complaint, except to the extent that the allegations

19    of such paragraph are statements of law to which no answer is required, Defendants are without

20    sufficient knowledge or information to form a belief as to the truth of the allegations contained

21    therein and, on that basis, deny, generally and specifically, each and every allegation contained

22    therein.

23        64.    Answering paragraph 64 of the Complaint, except to the extent that the allegations

24    of such paragraph are statements of law to which no answer is required, Defendants admit that

25    California Civil Code § 52(a) speaks for itself.  Otherwise, Defendants are without sufficient

26    knowledge or information to form a belief as to the truth of the allegations contained therein and,

27    on that basis, deny, generally and specifically, each and every allegation contained therein.

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF FASHION VALLEY MALL, LLC AND
SIMON PROPERTY GROUP, INC. TO COMPLAINT
07CV 2300L POR

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

65. Answering paragraph 65 of the Complaint, Defendants acknowledge that this paragraph incorporates by reference the allegations contained in paragraphs 1 through 64 of the Complaint and Defendants hereby incorporate their responses to those paragraphs as if fully stated herein.

66. Answering paragraph 66 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that Health and Safety Code § 19955(a) speaks for itself. Otherwise, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

67. Answering paragraph 67 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that Health and Safety Code § 19959 speaks for itself. Otherwise, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

68. Answering paragraph 68 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that Part 5.5 of Health and Safety Code and Government Code § 4450 speak for themselves. Otherwise, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

69. Answering paragraph 69 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that Health and Safety Code § 19953 speaks for itself. Otherwise, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

70. Answering paragraph 70 of the Complaint, Defendants acknowledge that this paragraph incorporates by reference the allegations contained in paragraphs 1 through 69 of the

1    Complaint and Defendants hereby incorporate their responses to those paragraphs as if fully

2    stated herein.

3        71.    Answering paragraph 71 of the Complaint, except to the extent that the allegations

4    of such paragraph are statements of law to which no answer is required, Defendants admit that

5    Title III of the ADA and 42 U.S.C. § 12182(a) speak for themselves.  Otherwise, Defendants

6    deny, generally and specifically, each and every allegation contained therein.

7        72.    Answering paragraph 72 of the Complaint, except to the extent that the allegations

8    of such paragraph are statements of law to which no answer is required, Defendants are without

9    sufficient knowledge or information to form a belief as to the truth of the allegations contained

10   therein and, on that basis, deny, generally and specifically, each and every allegation contained

11   therein.

12       73.    Answering paragraph 73 of the Complaint, except to the extent that the allegations

13   of such paragraph are statements of law to which no answer is required, Defendants admit that 42

14   U.S.C. § 12182(b)(2)(A)(iv) speaks for itself.  Otherwise, Defendants are without sufficient

15   knowledge or information to form a belief as to the truth of the allegations contained therein and,

16   on that basis, deny, generally and specifically, each and every allegation contained therein.

17       74.    Answering paragraph 74 of the Complaint, except to the extent that the allegations

18   of such paragraph are statements of law to which no answer is required, Defendants admit that 42

19   U.S.C. § 12182(b)(2)(A)(v) speaks for itself.  Otherwise, Defendants are without sufficient

20   knowledge or information to form a belief as to the truth of the allegations contained therein and,

21   on that basis, deny, generally and specifically, each and every allegation contained therein.

22       75.    Answering paragraph 75 of the Complaint, except to the extent that the allegations

23   of such paragraph are statements of law to which no answer is required, Defendants are without

24   sufficient knowledge or information to form a belief as to the truth of the allegations contained

25   therein and, on that basis, deny, generally and specifically, each and every allegation contained

26   therein.

27       76.    Answering paragraph 76 of the Complaint, except to the extent that the allegations

28   of such paragraph are statements of law to which no answer is required, Defendants are without

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF FASHION VALLEY MALL, LLC AND
SIMON PROPERTY GROUP, INC. TO COMPLAINT
07CV 2300L POR

1   sufficient knowledge or information to form a belief as to the truth of the allegations contained

2   therein and, on that basis, deny, generally and specifically, each and every allegation contained

3   therein.

4          77.    Answering paragraph 77 of the Complaint, except to the extent that the allegations

5   of such paragraph are statements of law to which no answer is required, Defendants are without

6   sufficient knowledge or information to form a belief as to the truth of the allegations contained

7   therein and, on that basis, deny, generally and specifically, each and every allegation contained

8   therein.

9          78.    Answering paragraph 78 of the Complaint, except to the extent that the allegations

10  of such paragraph are statements of law to which no answer is required, Defendants admit that 42

11  U.S.C. § 12183(a)(1) speaks for itself.  Otherwise, Defendants deny, generally and specifically,

12  each and every allegation contained therein.

13         79.    Answering paragraph 79 of the Complaint, except to the extent that the allegations

14  of such paragraph are statements of law to which no answer is required, Defendants are without

15  sufficient knowledge or information to form a belief as to the truth of the allegations contained

16  therein and, on that basis, deny, generally and specifically, each and every allegation contained

17  therein.

18         80.    Answering paragraph 80 of the Complaint, except to the extent that the allegations

19  of such paragraph are statements of law to which no answer is required, Defendants are without

20  sufficient knowledge or information to form a belief as to the truth of the allegations contained

21  therein and, on that basis, deny, generally and specifically, each and every allegation contained

22  therein.

23         81.    Answering paragraph 81 of the Complaint, except to the extent that the allegations

24  of such paragraph are statements of law to which no answer is required, Defendants admit that 42

25  U.S.C. § 12183(a)(2) speaks for itself.  Otherwise, Defendants deny, generally and specifically,

26  each and every allegation contained therein.

27         82.    Answering paragraph 82 of the Complaint, except to the extent that the allegations

28  of such paragraph are statements of law to which no answer is required, Defendants are without

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF FASHION VALLEY MALL, LLC AND
SIMON PROPERTY GROUP, INC. TO COMPLAINT
07CV 2300L POR

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  sufficient knowledge or information to form a belief as to the truth of the allegations contained

2  therein and, on that basis, deny, generally and specifically, each and every allegation contained

3  therein.

4      83.    Answering paragraph 83 of the Complaint, except to the extent that the allegations

5  of such paragraph are statements of law to which no answer is required, Defendants admit that 42

6  U.S.C. § 12182(b)(2)(A)(ii) speaks for itself. Otherwise, Defendants deny, generally and

7  specifically, each and every allegation contained therein.

8      84.    Answering paragraph 84 of the Complaint, except to the extent that the allegations

9  of such paragraph are statements of law to which no answer is required, Defendants are without

10  sufficient knowledge or information to form a belief as to the truth of the allegations contained

11  therein and, on that basis, deny, generally and specifically, each and every allegation contained

12  therein.

13      85.    Answering paragraph 85 of the Complaint, except to the extent that the allegations

14  of such paragraph are statements of law to which no answer is required, Defendants admit that 42

15  U.S.C. § 12205 speaks for itself. Otherwise, Defendants deny, generally and specifically, each

16  and every allegation contained therein.

17      86.    Answering paragraph 86 of the Complaint, except to the extent that the allegations

18  of such paragraph are statements of law to which no answer is required, Defendants deny,

19  generally and specifically, each and every allegation contained therein.

20      87.    Answering paragraph 87 of the Complaint, Defendants acknowledge that this

21  paragraph incorporates by reference the allegations contained in paragraphs 1 through 86 of the

22  Complaint and Defendants hereby incorporate their responses to those paragraphs as if fully

23  stated herein.

24      88.    Answering paragraph 88 of the Complaint, except to the extent that the allegations

25  of such paragraph are statements of law to which no answer is required, Defendants admit that

26  California Civil Code § 54 speaks for itself. Otherwise, Defendants deny, generally and

27  specifically, each and every allegation contained therein.

28

89.     Answering paragraph 89 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that California Civil Code § 54.1 speaks for itself.  Otherwise, Defendants deny, generally and specifically, each and every allegation contained therein.

90.     Answering paragraph 90 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that California Civil Code §§ 54(c) and 54.1(d) speak for themselves.  Otherwise, Defendants, deny, generally and specifically, each and every allegation contained therein.

91.     Answering paragraph 91 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, on that basis, deny, generally and specifically, each and every allegation contained therein.

92.     Answering paragraph 92 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that California Civil Code § 54.3 speaks for itself.  Otherwise, Defendants deny, generally and specifically, each and every allegation contained therein.

93.     Answering paragraph 93 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that California Civil Code §§ 54.3 and 55 speak for themselves.  Otherwise, Defendants deny, generally and specifically, each and every allegation contained therein.

94.     Answering paragraph 94 of the Complaint, Defendants acknowledge that this paragraph incorporates by reference the allegations contained in paragraphs 1 through 93 of the Complaint and Defendants hereby incorporate their responses to those paragraphs as if fully stated herein.

95.     Answering paragraph 95 of the Complaint, except to the extent that the allegations of such paragraph are statements of law to which no answer is required, Defendants admit that California Civil Code § 51 speaks for itself.  Otherwise, Defendants deny, generally and

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1   specifically, each and every allegation contained therein.

2       96.    Answering paragraph 96 of the Complaint, except to the extent that the allegations

3   of such paragraph are statements of law to which no answer is required, Defendants admit that

4   California Civil Code § 51.5 speaks for itself.  Otherwise, Defendants deny, generally and

5   specifically, each and every allegation contained therein.

6       97.    Answering paragraph 97 of the Complaint, except to the extent that the allegations

7   of such paragraph are statements of law to which no answer is required, Defendants admit that

8   California Civil Code § 51(f) speaks for itself.  Otherwise, Defendants deny, generally and

9   specifically, each and every allegation contained therein.

10      98.    Answering paragraph 98 of the Complaint, except to the extent that the allegations

11  of such paragraph are statements of law to which no answer is required, Defendants are without

12  sufficient knowledge or information to form a belief as to the truth of the allegations contained

13  therein and, on that basis, deny, generally and specifically, each and every allegation contained

14  therein.

15      99.    Answering paragraph 99 of the Complaint, except to the extent that the allegations

16  of such paragraph are statements of law to which no answer is required, Defendants are without

17  sufficient knowledge or information to form a belief as to the truth of the allegations contained

18  therein and, on that basis, deny, generally and specifically, each and every allegation contained

19  therein.

20      100.   Answering paragraph 100 of the Complaint, except to the extent that the

21  allegations of such paragraph are statements of law to which no answer is required, Defendants

22  deny, generally and specifically, each and every allegation contained therein.

23      101.   Answering paragraph 101 of the Complaint, except to the extent that the

24  allegations of such paragraph are statements of law to which no answer is required, Defendants

25  admit that California Civil Code § 52(a) speaks for itself.  Otherwise, Defendants deny, generally

26  and specifically, each and every allegation contained therein.

27      102.   Answering paragraph 102 of the Complaint, Defendants acknowledge that this

28  paragraph incorporates by reference the allegations contained in paragraphs 1 through 101 of the

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF FASHION VALLEY MALL, LLC AND
SIMON PROPERTY GROUP, INC. TO COMPLAINT
07CV 2300L POR

1  Complaint and Defendants hereby incorporate their responses to those paragraphs as if fully

2  stated herein.

3        103.   Answering paragraph 103 of the Complaint, except to the extent that the

4  allegations of such paragraph are statements of law to which no answer is required, Defendants

5  admit that Health and Safety Code § 19955(a) speaks for itself. Otherwise, Defendants deny,

6  generally and specifically, each and every allegation contained therein.

7        104.   Answering paragraph 104 of the Complaint, except to the extent that the

8  allegations of such paragraph are statements of law to which no answer is required, Defendants

9  admit that Health and Safety Code § 19959 speaks for itself. Otherwise, Defendants deny,

10  generally and specifically, each and every allegation contained therein.

11        105.   Answering paragraph 105 of the Complaint, except to the extent that the

12  allegations of such paragraph are statements of law to which no answer is required, Defendants

13  admit that Part 5.5 of Health and Safety Code and Government Code § 4450 speak for

14  themselves. Otherwise, Defendants deny, generally and specifically, each and every allegation

15  contained therein.

16        106.   Answering paragraph 106 of the Complaint, except to the extent that the

17  allegations of such paragraph are statements of law to which no answer is required, Defendants

18  admit that Health and Safety Code § 19953 speaks for itself. Otherwise, Defendants are without

19  sufficient knowledge or information to form a belief as to the truth of the allegations contained

20  therein and, on that basis, deny, generally and specifically, each and every allegation contained

21  therein.

22        107.   Answering paragraph 107 of the Complaint, Defendants acknowledge that this

23  paragraph incorporates by reference the allegations contained in paragraphs 1 through 106 of the

24  Complaint and Defendants hereby incorporate their responses to those paragraphs as if fully

25  stated herein.

26        108.   Answering paragraph 108 of the Complaint, except to the extent that the

27  allegations of such paragraph are statements of law to which no answer is required, Defendants

28  admit that Title III of the ADA and 42 U.S.C. § 12182(a) speak for themselves. Otherwise,

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF FASHION VALLEY MALL, LLC AND
SIMON PROPERTY GROUP, INC. TO COMPLAINT
07CV 2300L POR

1  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

2  allegations contained therein and, on that basis, deny, generally and specifically, each and every

3  allegation contained therein.

4      109.    Answering paragraph 109 of the Complaint, except to the extent that the

5  allegations of such paragraph are statements of law to which no answer is required, Defendants

6  are without sufficient knowledge or information to form a belief as to the truth of the allegations

7  contained therein and, on that basis, deny, generally and specifically, each and every allegation

8  contained therein.

9      110.    Answering paragraph 110 of the Complaint, except to the extent that the

10  allegations of such paragraph are statements of law to which no answer is required, Defendants

11  admit that 42 U.S.C. § 12182(b)(2)(A)(iv) and § 12181(9) speaks for themselves.  Otherwise,

12  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

13  allegations contained therein and, on that basis, deny, generally and specifically, each and every

14  allegation contained therein.

15      111.    Answering paragraph 111 of the Complaint, except to the extent that the

16  allegations of such paragraph are statements of law to which no answer is required, Defendants

17  admit that 42 U.S.C. § 12182(b)(2)(A)(v) speaks for itself.  Otherwise, Defendants are without

18  sufficient knowledge or information to form a belief as to the truth of the allegations contained

19  therein and, on that basis, deny, generally and specifically, each and every allegation contained

20  therein.

21      112.    Answering paragraph 112 of the Complaint, except to the extent that the

22  allegations of such paragraph are statements of law to which no answer is required, Defendants

23  are without sufficient knowledge or information to form a belief as to the truth of the allegations

24  contained therein and, on that basis, deny, generally and specifically, each and every allegation

25  contained therein.

26      113.    Answering paragraph 113 of the Complaint, except to the extent that the

27  allegations of such paragraph are statements of law to which no answer is required, Defendants

28  are without sufficient knowledge or information to form a belief as to the truth of the allegations

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    contained therein and, on that basis, deny, generally and specifically, each and every allegation

2    contained therein.

3          114.    Answering paragraph 114 of the Complaint, except to the extent that the

4    allegations of such paragraph are statements of law to which no answer is required, Defendants

5    are without sufficient knowledge or information to form a belief as to the truth of the allegations

6    contained therein and, on that basis, deny, generally and specifically, each and every allegation

7    contained therein.

8          115.    Answering paragraph 115 of the Complaint, except to the extent that the

9    allegations of such paragraph are statements of law to which no answer is required, Defendants

10    admit that 42 U.S.C. § 12183(a)(1) speaks for itself.  Otherwise, Defendants deny, generally and

11    specifically, each and every allegation contained therein.

12          116.    Answering paragraph 116 of the Complaint, except to the extent that the

13    allegations of such paragraph are statements of law to which no answer is required, Defendants

14    are without sufficient knowledge or information to form a belief as to the truth of the allegations

15    contained therein and, on that basis, deny, generally and specifically, each and every allegation

16    contained therein.

17          117.    Answering paragraph 117 of the Complaint, except to the extent that the

18    allegations of such paragraph are statements of law to which no answer is required, Defendants

19    are without sufficient knowledge or information to form a belief as to the truth of the allegations

20    contained therein and, on that basis, deny, generally and specifically, each and every allegation

21    contained therein.

22          118.    Answering paragraph 118 of the Complaint, except to the extent that the

23    allegations of such paragraph are statements of law to which no answer is required, Defendants

24    admit that 42 U.S.C. § 12183(a)(2) speaks for itself.  Otherwise, Defendants deny, generally and

25    specifically, each and every allegation contained therein.

26          119.    Answering paragraph 119 of the Complaint, except to the extent that the

27    allegations of such paragraph are statements of law to which no answer is required, Defendants

28    are without sufficient knowledge or information to form a belief as to the truth of the allegations

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF FASHION VALLEY MALL, LLC AND
SIMON PROPERTY GROUP, INC. TO COMPLAINT
07CV 2300L POR

1  contained therein and, on that basis, deny, generally and specifically, each and every allegation

2  contained therein.

3      120.   Answering paragraph 120 of the Complaint, except to the extent that the

4  allegations of such paragraph are statements of law to which no answer is required, Defendants

5  admit that 42 U.S.C. § 12182(b)(2)(A)(ii) speaks for itself.  Otherwise, Defendants deny,

6  generally and specifically, each and every allegation contained therein.

7      121.   Answering paragraph 121 of the Complaint, except to the extent that the

8  allegations of such paragraph are statements of law to which no answer is required, Defendants

9  are without sufficient knowledge or information to form a belief as to the truth of the allegations

10  contained therein and, on that basis, deny, generally and specifically, each and every allegation

11  contained therein.

12      122.   Answering paragraph 122 of the Complaint, except to the extent that the

13  allegations of such paragraph are statements of law to which no answer is required, Defendants

14  admit that 42 U.S.C. § 12205 speaks for itself.  Otherwise, Defendants deny, generally and

15  specifically, each and every allegation contained therein.

16      123.   Answering paragraph 123 of the Complaint, except to the extent that the

17  allegations of such paragraph are statements of law to which no answer is required, Defendants

18  deny, generally and specifically, each and every allegation contained therein.

19      124.   Answering paragraph 124 of the Complaint, Defendants acknowledge that this

20  paragraph incorporates by reference the allegations contained in paragraphs 1 through 123 of the

21  Complaint and Defendants hereby incorporate their responses to those paragraphs as if fully

22  stated herein.

23      125.   Answering paragraph 125 of the Complaint, except to the extent that the

24  allegations of such paragraph are statements of law to which no answer is required, Defendants

25  admit that California Civil Code § 54 speaks for itself.  Otherwise, Defendants deny, generally

26  and specifically, each and every allegation contained therein.

27      126.   Answering paragraph 126 of the Complaint, except to the extent that the

28  allegations of such paragraph are statements of law to which no answer is required, Defendants

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF FASHION VALLEY MALL, LLC AND
SIMON PROPERTY GROUP, INC. TO COMPLAINT
07CV 2300L POR

1   admit that California Civil Code § 54.1 speaks for itself.  Otherwise, Defendants deny, generally

2   and specifically, each and every allegation contained therein.

3       127.    Answering paragraph 127 of the Complaint, except to the extent that the

4   allegations of such paragraph are statements of law to which no answer is required, Defendants

5   admit that California Civil Code §§ 54(c) and 54.1(d) speak for themselves.  Otherwise,

6   Defendants, deny, generally and specifically, each and every allegation contained therein.

7       128.    Answering paragraph 128 of the Complaint, except to the extent that the

8   allegations of such paragraph are statements of law to which no answer is required, Defendants

9   are without sufficient knowledge or information to form a belief as to the truth of the allegations

10  contained therein and, on that basis, deny, generally and specifically, each and every allegation

11  contained therein.

12      129.    Answering paragraph 129 of the Complaint, except to the extent that the

13  allegations of such paragraph are statements of law to which no answer is required, Defendants

14  admit that California Civil Code § 54.3 speaks for itself.  Otherwise, Defendants deny, generally

15  and specifically, each and every allegation contained therein.

16      130.    Answering paragraph 130 of the Complaint, except to the extent that the

17  allegations of such paragraph are statements of law to which no answer is required, Defendants

18  admit that California Civil Code §§ 54.3 and 55 speak for themselves.  Otherwise, Defendants

19  deny, generally and specifically, each and every allegation contained therein.

20      131.    Answering paragraph 131 of the Complaint, Defendants acknowledge that this

21  paragraph incorporates by reference the allegations contained in paragraphs 1 through 130 of the

22  Complaint and Defendants hereby incorporate their responses to those paragraphs as if fully

23  stated herein.

24      132.    Answering paragraph 132 of the Complaint, except to the extent that the

25  allegations of such paragraph are statements of law to which no answer is required, Defendants

26  admit that California Civil Code § 51 speaks for itself.  Otherwise, Defendants deny, generally

27  and specifically, each and every allegation contained therein.

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF FASHION VALLEY MALL, LLC AND
SIMON PROPERTY GROUP, INC. TO COMPLAINT
07CV 2300L POR

1    133.    Answering paragraph 133 of the Complaint, except to the extent that the

2    allegations of such paragraph are statements of law to which no answer is required, Defendants

3    admit that California Civil Code § 51.5 speaks for itself. Otherwise, Defendants deny, generally

4    and specifically, each and every allegation contained therein.

5    134.    Answering paragraph 134 of the Complaint, except to the extent that the

6    allegations of such paragraph are statements of law to which no answer is required, Defendants

7    admit that California Civil Code § 51(f) speaks for itself. Otherwise, Defendants deny, generally

8    and specifically, each and every allegation contained therein.

9    135.    Answering paragraph 135 of the Complaint, except to the extent that the

10    allegations of such paragraph are statements of law to which no answer is required, Defendants

11    are without sufficient knowledge or information to form a belief as to the truth of the allegations

12    contained therein and, on that basis, deny, generally and specifically, each and every allegation

13    contained therein.

14    136.    Answering paragraph 136 of the Complaint, except to the extent that the

15    allegations of such paragraph are statements of law to which no answer is required, Defendants

16    are without sufficient knowledge or information to form a belief as to the truth of the allegations

17    contained therein and, on that basis, deny, generally and specifically, each and every allegation

18    contained therein.

19    137.    Answering paragraph 137 of the Complaint, except to the extent that the

20    allegations of such paragraph are statements of law to which no answer is required, Defendants

21    deny, generally and specifically, each and every allegation contained therein.

22    138.    Answering paragraph 138 of the Complaint, except to the extent that the

23    allegations of such paragraph are statements of law to which no answer is required, Defendants

24    admit that California Civil Code § 52(a) speaks for itself. Otherwise, Defendants deny, generally

25    and specifically, each and every allegation contained therein.

26    139.    Answering paragraph 139 of the Complaint, Defendants acknowledge that this

27    paragraph incorporates by reference the allegations contained in paragraphs 1 through 138 of the

28    Complaint and Defendants hereby incorporate their responses to those paragraphs as if fully

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

501664831

- 22 -

1  stated herein.

2      140.    Answering paragraph 140 of the Complaint, except to the extent that the

3  allegations of such paragraph are statements of law to which no answer is required, Defendants

4  admit that Health and Safety Code § 19955(a) speaks for itself.  Otherwise, Defendants deny,

5  generally and specifically, each and every allegation contained therein.

6      141.    Answering paragraph 141 of the Complaint, except to the extent that the

7  allegations of such paragraph are statements of law to which no answer is required, Defendants

8  admit that Health and Safety Code § 19959 speaks for itself.  Otherwise, Defendants deny,

9  generally and specifically, each and every allegation contained therein.

10      142.    Answering paragraph 142 of the Complaint, except to the extent that the

11  allegations of such paragraph are statements of law to which no answer is required, Defendants

12  admit that Part 5.5 of Health and Safety Code and Government Code § 4450 speak for

13  themselves.  Otherwise, Defendants deny, generally and specifically, each and every allegation

14  contained therein.

15      143.    Answering paragraph 143 of the Complaint, except to the extent that the

16  allegations of such paragraph are statements of law to which no answer is required, Defendants

17  admit that Health and Safety Code § 19953 speaks for itself.  Otherwise, Defendants are without

18  sufficient knowledge or information to form a belief as to the truth of the allegations contained

19  therein and, on that basis, deny, generally and specifically, each and every allegation contained

20  therein.

21                          **AFFIRMATIVE DEFENSES**

22      Defendants assert and allege each of the following affirmative defenses set forth below.

23                          FIRST AFFIRMATIVE DEFENSE

24      1.    The Complaint, and each and every purported cause of action alleged against

25  Defendants, fails to state facts sufficient to constitute a cause of action against Defendants.

26                          SECOND AFFIRMATIVE DEFENSE

27      2.    The Complaint, and each and every purported cause of action alleged against

28  Defendants, fails to state a claim or claims upon which relief can be granted.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1     THIRD AFFIRMATIVE DEFENSE

2     3.    Defendants allege that plaintiff failed to mitigate his damages.

3     FOURTH AFFIRMATIVE DEFENSE

4     4.    Defendants could not reasonably accommodate the plaintiff's restrictions without

5     undue hardship.

6     FIFTH AFFIRMATIVE DEFENSE

7     5.    Each of Plaintiff's causes of action, claims, or items of damage did not accrue

8     within the time prescribed by law for them before this action was brought.

9     SIXTH AFFIRMATIVE DEFENSE

10    6.    If plaintiff suffered damages, which Defendants deny, such damages were caused

11    by the wrongful or negligent conduct of plaintiff, someone acting on plaintiff's behalf, or third

12    parties for whose actions Defendants are not liable.

13    SEVENTH AFFIRMATIVE DEFENSE

14    7.    Defendants have retained the law firm of Baker & Hostetler LLP and have agreed

15    to pay it a reasonable fee for its services.  Pursuant to 28 U.S.C. § 1927 and 42 U.S.C. § 12205,

16    Defendants is entitled to recover their attorney's fees and costs.

17    EIGHTH AFFIRMATIVE DEFENSE

18    8.    Plaintiff does not have standing to bring this action, and therefore, the Complaint

19    should be dismissed.

20    NINTH AFFIRMATIVE DEFENSE

21    9.    Plaintiff has demanded modifications that would result in significant loss of sale

22    and/or serving space and, therefore, such modifications are not readily achievable.

23    TENTH AFFIRMATIVE DEFENSE

24    10.   Plaintiff has demanded modifications that are not readily achievable, structurally

25    impracticable, technically infeasible, and/or are not required.

26    ELEVENTH AFFIRMATIVE DEFENSE

27    11.   Plaintiff has demanded modifications that would either create an undue hardship,

28    or that would threaten the health and safety of plaintiff or others.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    TWELFTH AFFIRMATIVE DEFENSE

2    12.    Prior to the institution of this action, the removal of any existing barriers pursuant

3    to 28 C.F.R. § 36.304 to the extent the removal of said barriers were readily achievable had been

4    implemented, therefore, plaintiff is not entitled to an injunction or attorney's fees.

5    THIRTEENTH AFFIRMATIVE DEFENSE

6    13.    Plaintiff has demanded modifications that would require a fundamental alteration

7    in the way goods and services are provided or would result in an undue burden.

8    FOURTEENTH AFFIRMATIVE DEFENSE

9    14.    To the extent any architectural barriers exists, they are merely technical violations

10   within acceptable conventional building industry tolerances for field conditions and the Facility,

11   when taken as a whole, is compliant with the ADA and its implementing regulations.

12   FIFTEENTH AFFIRMATIVE DEFENSE

13   15.    To the extent the Complaint seeks relief for any area that is the responsibility of

14   another, an indispensable party defendant has not been joined in this action because the

15   allegations of the Complaint may show that the purported violations include facilities that are the

16   responsibility of another and it has not been joined in this action.

17   SIXTEENTH AFFIRMATIVE DEFENSE

18   16.    Defendants do not own, operate or lease one or more the property(ies) at issue and,

19   therefore, are not liable for compliance on property which they do not own, operate or lease.

20   SEVENTEENTH AFFIRMATIVE DEFENSE

21   17.    To the extent any architectural barriers exists, they have already been remedied

22   and/or removed and the issues are now moot and the facilities are compliant with the ADA and its

23   implementing regulations.

24   EIGHTEENTH AFFIRMATIVE DEFENSE

25   18.    Defendants reserve the right to raise additional affirmative defenses that they later

26   determine are applicable, as a result of discovery or otherwise.

27   / / /

28   / / /

501664831

- 25 -

WHEREFORE, Defendants pray for judgment as follows:

1.    That plaintiff A. J. Oliver take nothing by way of his Complaint;

2.    That Judgment be entered in favor of Defendants;

3.    For costs of suit included herein, including an award of attorneys' fees; and

4.    For such other and further relief the Court may deem just and proper.


Dated:   January 8, 2008                    BAKER & HOSTETLER LLP


                                            _____
                                            Ryan D. Fischbach
                                            Attorneys for Defendants
                                            FASHION VALLEY MALL, LLC and
                                            SIMON PROPERTY GROUP, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

501664831

- 26 -

ANSWER OF FASHION VALLEY MALL, LLC AND
SIMON PROPERTY GROUP, INC. TO COMPLAINT
07CV 2300L POR

1

**PROOF OF SERVICE**

2

3      I am employed in Los Angeles County, California. I am over the age of eighteen years
and not a party to the within-entitled action. My business address is 12100 Wilshire Boulevard,

4      15th Floor, Los Angeles, California 90025-7120. On January 8, 2008, I served a copy of the
within document(s):

5

6          **ANSWER OF FASHION VALLEY MALL, LLC AND**
          **SIMON PROPERTY GROUP, INC. TO PLAINTIFF'S COMPLAINT**

7      ☐      by transmitting via facsimile the document(s) listed above to the fax number(s) set
              forth below on this date before 5:00 p.m. and the transmission was reported as

8              complete and without error.

9      ☐      by placing the document(s) listed above in a sealed envelope with postage thereon
              fully prepaid, in the United States mail at Los Angeles, California addressed as set

10             forth below.

11     ☒      via electronic mail by the U.S. District Court – Live System

12     ☐      by personally delivering the document(s) listed above to the person(s) at the
              address(es) set forth below.

13

14     Lynn Hubbard, III, Esq.                    Kathleen A. Hunt, Esq.
       Scottlynn J. Hubbard, IV, Esq.             Patrick L. Hurley, Esq.

15     Law Offices of Lynn Hubbard               Manning & Marder
       12 Williamsburg Lane                       Kass, Ellrod, Ramirez LLP

16     Chico, CA 95926                            15th Floor at 801 Tower
       Telephone: 530-895-3252                    801 South Figueroa Street

17                                                Los Angeles, CA 90017
       Attorneys for Plaintiff                    Telephone: 213-624-6900

18     A.J. Oliver

19                                                Attorneys for Defendant J.C. Penney
                                                  Corporation, Inc. (erroneously sued as

20                                                J.C. Penney Company, Inc.)

21

22     I declare that I am employed in the office of a member of the bar of this court at whose

23     direction the service was made.

24     Executed on January 8, 2008, at Los Angeles, California.

25

26                                    _Leigh-Anne Locke_
                                      Leigh-Anne Locke

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES