```
1  RYAN D. FISCHBACH, Bar No. 204406
   BAKER & HOSTETLER LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, CA  90025-7120
3  Telephone:    310.820.8800
   Facsimile:    310.820.8859
4  Email:        rfischbach@bakerlaw.com

5  Attorneys for Defendants
   FASHION VALLEY MALL, LLC and SIMON
6  PROPERTY GROUP, INC.
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. J. OLIVER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OLD NAVY, LLC dba OLD NAVY #5873; J.C. PENNEY COMPANY, INC. dba JCPENNEY #1950; MACY'S DEPARTMENT STORES, INC. dba MACY'S; FASHION VALLEY MALL; and SIMON PROPERTY GROUP, INC.,<br><br>　　　　Defendants. | Case No.  07CV 2300L POR<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

The undersigned, counsel for defendants FASHION VALLEY MALL, LLC and SIMON PROPERTY GROUP, INC. ("Defendants"), certifies that the following listed parties are the parent corporation(s) of and/or are a publicly held company that owns 10% or more of Defendants' stock, as required by CivLR 40.2.

　　1.　　Simon Property Group, Inc.

Dated:  January 8, 2008

BAKER & HOSTETLER LLP

*/s/ Ryan D. Fischbach*

Ryan D. Fischbach
Attorneys for Defendants
FASHION VALLEY MALL, LLC  and
SIMON PROPERTY GROUP, INC.

501664889

NOTICE OF PARTY WITH FINANCIAL INTEREST
07CV 2300L POR

# PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025-7120. On January 8, 2008, I served a copy of the within document(s):

## NOTICE OF PARTY WITH FINANCIAL INTEREST

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. and the transmission was reported as complete and without error.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒ via electronic mail by the U.S. District Court – Live System

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Lynn Hubbard, III, Esq.
Scottlynn J. Hubbard, IV, Esq.
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA 95926
Telephone: 530-895-3252

Attorneys for Plaintiff
A.J. Oliver

Kathleen A. Hunt, Esq.
Patrick L. Hurley, Esq.
Manning & Marder
Kass, Ellrod, Ramirez LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: 213-624-6900

Attorneys for Defendant J.C. Penney Corporation, Inc. (erroneously sued as J.C. Penney Company, Inc.)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 8, 2008, at Los Angeles, California.

*Leigh-Anne Locke*
Leigh-Anne Locke

501665157

- 1 -

PROOF OF SERVICE
07 CV 2300L POR