1  Kathleen A. Hunt, State Bar No. 146454
   Patrick L. Hurley, State Bar No. 174438
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ** LLP
3  15th Floor at 801 Tower
   801 South Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  Email: kak@mmker.com
   Email: plh@mmker.com
6
   Attorneys for Defendant
7  J.C. PENNEY CORPORATION, INC. (erroneously sued as J.C. PENNEY
   COMPANY, INC.)
8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11  A.J. OLIVER,                      ) CASE NO.: 07 CV 2300 L (POR)
                                      )
12              Plaintiffs,           )
                                      )
13                                    ) **CERTIFICATE OF SERVICE FOR**
                                      ) **ANSWER TO COMPLAINT**
    vs.                               )
14                                    )
                                      )
15  OLD NAVY, LLC d/b/a Old Navy #5873; )
    J.C. PENNEY COMPANY, INC. d/b/a  J. )
16  C. Penney #1950; MACY'S           )
    DEPARTMENT STORES, INC. d/b/a.    )
17  Macy's; FASHION VALLEY MALL;      )
    SIMON PROPERTY GROUP, INC.,       )
18                                    )
                Defendants.           )
19                                    )
                                      )
20  _____  )

21       I, Patrick L. Hurley, certify and declare as follows:

22       1.    I am employed in the County of Los Angeles, State of California.  I am

23  over the age of 18 and not a party to the within action.  My business address is

24  Manning & Marder, Kass, Ellrod, Ramirez, LLP, 801 S. Figueroa Street, 15th Floor,

25  Los Angeles, California 90017,which is located in the city, county and state where

26  the mailing described took place.

27       2.    On January 7, 2008, I served the documents described as **Answer to**

28  **Complaint** and **Notice of Party with Financial Interest** on the interested parties in

                                    -1-

this action via electronic mail by the U.S. District Court - Live System to:

Lynn Hubbard III, Esq.
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA 95926
Telephone:  530-895-3252
Email:  usdcso@hubslaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **January 22, 2008**, at Los Angeles, California.

S:/Patrick L. Hurley

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**
*Oliver v. Old Navy LLC, et al.*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On **January 22, 2008,** I served the document described as **CERTIFICATE OF SERVICE FOR ANSWER TO COMPLAINT** on the following parties:

Lynn Hubbard III, Esq.
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA 95926
Telephone: 530-895-3252
Email: usdcso@hubslaw.com

Ryan Fischback
BAKER & HOSTETLER LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025
Email: rfischback@bakerlaw.com

☐ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: ON THE ATTACHED SERVICE LIST.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ via electronic mail by the U.S. District Court - Live System

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **January 22, 2008**, at Los Angeles, California.

S:/Patrick L. Hurley