Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| A.J. Oliver, | Case No. 07cv2300 L (POR) |
|---|---|
| Plaintiff, | **Notice of Settlement** |
| vs. | |
| Old Navy, LLC, et al. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Oliver v. Old Navy, LLC, et al.,* Case No. 07cv2300 L (POR), has been resolved **as to defendants Old Navy, LLC and Macy's Department Stores, Inc. ONLY**. The parties anticipate filing Joint Motions for Dismissal within four weeks.

Dated: February 7, 2008     DISABLED ADVOCACY GROUP, APLC


 */s/ Lynn Hubbard, Esquire           /*
LYNN HUBBARD, III
Attorney for Plaintiff

*Oliver v. Old Navy, LLC, et al.*, 07cv2300 L (POR)
Notice of Settlement

Page 1