Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>OLD NAVY, LLC, et al,<br>　　　Defendants. | Case No. 07cv2300 L (POR)<br><br>**Joint Motion to Continue the Early Neutral Evaluation Conference**<br><br>Date:　February 27, 2008<br>Time:　10:00 a.m.<br>Ctrm:　H, 1st Floor |

On January 11, 2008, the parties were served with the Notice and Order for Early Neutral Evaluation Conference for this instant action. The conference is currently scheduled for February 27, 2008.

Plaintiff has tentatively settled with defendants Macy's Department Stores, Inc.; Fashion Valley Mall, LLC; and, Simon Property Group, Inc. Once plaintiff and defendants have come to agreements regarding the terms of settlement, Notice of Settlement will be filed with the Court.

Plaintiff and defendant J.C. Penney Company, Inc. are currently involved in settlement negotiations and hope to be able to resolve this matter in the near future.

For the foregoing reasons, the parties respectfully request the Early Neutral Evaluation Conference be continued at least thirty (30) days or to a date more convenient to the Court so that the parties may attempt to resolve this matter without incurring further fees and costs relating to the ENE Conference.

Dated: February 20, 2008        LAW OFFICES OF LYNN HUBBARD

                                /s/ Scottlynn J Hubbard, IV
                                SCOTTLYNN J HUBBARD, IV
                                Attorney for Plaintiff

Dated: February 20, 2008        MANNING & MARDER KASS ELLROD RAMIREZ

                                PATRICK HURLEY
                                Attorney for Defendant J.C. Penney
                                Corporation, Inc.

1  Dated: February 20, 2008     FEDERAL DEPARTMENT STORES

                                                                          */s/ Carl Goldberg*
                                                                          CARL GOLDBERG
                                                                          Attorney for Defendant Macy's Department Stores, Inc.

Dated: February ___, 2008     BAKER & HOSTETLER, LLP

                                                                          RYAN FISCHBACH
                                                                          Attorney for Defendants Fashion Valley Mall, LLC and Simon Property Group, Inc.

1 | Dated: February _____, 2008    FEDERAL DEPARTMENT STORES

_____
CARL GOLDBERG
Attorney for Defendant Macy's Department Stores, Inc.

Dated: February  21 , 2008    BAKER & HOSTETLER, LLP

*Ryan Fischbach* /pr
RYAN FISCHBACH
Attorney for Defendants Fashion Valley Mall, LLC and Simon Property Group, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

On February 20, 2008, I served the documents described as JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE and ORDER RE: JOINT MOTION to CONTINUE the EARLY NEUTRAL EVALUATION CONFERENCE on the interested parties in this action via electronic mail by the U.S. District Court - Live System to:

Lynn Hubbard III, Esq.
Scottlyn J. Hubbard, IV, Esq.
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA 95926
Email: usdcso@hubslaw.com

*Atty for Plaintiff*

Ryan Fischbach
Baker & Hostetler LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025
rfischbach@bakerlaw.com

*Atty for Fashion Valley Mall and Simon Property Group, Inc.*

Carl Goldberg
Associate Counsel
Legal Department
Federated Department Stores, Inc.
22 4th Street, 3rd Floor
San Francisco, CA 94103
carl.goldberg@macys.com

*Atty for Macy's Department Stores, Inc.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 20, 2008, at Los Angeles, California.

S:/Patrick L. Hurley