|   |   |
|---|---|
| A.J. OLIVER,<br><br>                              Plaintiff,<br><br>         v.<br><br>OLD NAVY LLC, doing business as Old Navy # 5873; J.C. PENNEY COMPANY INC., doing business as J.C. Penney #1950; MACY'S DEPARTMENT STORES, INC., doing business as Macy's; FASHION VALLEY MALL; SIMON PROPERTY GROUP, INC.,<br><br>                              Defendant. | Civil No.   07-cv-2300-L-POR<br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE**<br>**[Doc. 15]** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

On February 20, 2008, the parties in this matter filed a joint motion to continue the Early Neutral Evaluation conference scheduled by the Court to be held on February 27, 2008.  The parties' joint motion represents that settlement has been reached between Plaintiff and three of the five named Defendants in this matter.  The motion further represents that rescheduling the Early Neutral Evaluation will aid the parties' attempt to reach a settlement with Defendant J.C. Penney Company, Inc.  Defendant Old Navy LLC has not yet appeared in this case.  For good cause shown, the Early Neutral Evaluation Conference currently scheduled for February 27, 2008 shall be held on **March 17, 2008** at **10:00 a.m.**

Not later than 14 days prior to the Early Neutral Evaluation Conference, *lead counsel responsible for the case, along with property managers of commercial locations*, shall **meet and confer in person at the subject premises** regarding settlement of: 1) the alleged premise violations, and 2) damages, costs, and attorney fee claims.  All counsel appearing in the case shall be

responsible to make the arrangements for the on-site conference.  **The meet and confer obligation cannot be satisfied by telephone or the exchange of letters**.  No later than seven days prior to Early Neutral Evaluation Conference, counsel shall lodge a <u>joint statement</u> in the chambers of the Honorable Louisa S. Porter certifying that the required <u>in-person conference</u> between counsel has taken place, advising the Court of the status of settlement negotiations, setting forth all issues in dispute, including property issues, Plaintiffs' alleged damages, and the claim for attorney's fees and costs, along with a description of any settlement demands and/or offers exchanged.

IT IS SO ORDERED.

DATED:  February 21, 2008

_____
LOUISA S PORTER
United States Magistrate Judge