Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| A.J. Oliver, | Case No. 07cv2300 L (POR) |
|---|---|
| Plaintiff, | **Notice of Settlement** |
| vs. | |
| Old Navy, LLC, et al., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Oliver v. Old Navy, LLC, et al.,* Case No. 07cv2300 L (POR), has been resolved as to defendants Fashion Valley Mall, LLC and Simon Property Group, Inc. The parties anticipate filing a Joint Motion for Dismissal within eight weeks.

Dated: March 10, 2008        DISABLED ADVOCACY GROUP, APLC


          */s/ Lynn Hubbard, Esquire        /*
          LYNN HUBBARD, III
          Attorney for Plaintiff

*Oliver v. Old Navy, LLC*, et al., 07cv2300 L (POR)
Notice of Settlement

Page 1