Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. Oliver,<br><br>     Plaintiff,<br><br>     vs.<br><br>Old Navy, LLC, et al.,<br><br>     Defendant. | Case No. 07cv2300 L (POR)<br><br>**Notice of Settlement** |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Oliver v. Old Navy, LLC, et al.,* Case No. 07cv2300 L (POR), has been resolved as to defendant J.C. Penney Company; this case is now fully resolved.  The parties anticipate filing a Joint Motion for Dismissal within four weeks.

Dated: March 10, 2008            DISABLED ADVOCACY GROUP, APLC


                                 */s/ Lynn Hubbard, Esquire            /*
                                 LYNN HUBBARD, III
                                 Attorney for Plaintiff

*Oliver v. Old Navy, LLC, et al.*, 07cv2300 L (POR)
Notice of Settlement

Page 1