LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

IKE KRASNIEWICZ, SBN 800372
GAP, INC.
850 Cherry Avenue
San Bruno, CA 94066
Telephone: (650) 874-2589
Fax: (650) 874-7817

Attorney for Defendant Old Navy, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>    Plaintiff,<br><br>v.<br><br>OLD NAVY, LLC, et al,<br><br>    Defendants. | Case No. 07cv2300 L (POR)<br><br>**JOINT MOTION FOR DISMISSAL** |

1  IT IS HEREBY JOINTLY REQUESTED, pursuant to settlement and release
2  agreements between plaintiff, A.J. OLIVER, and defendant, OLD NAVY, LLC, that this
3  Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action
4  pursuant to Fed. R. Civ. P. 41 **as to defendant OLD NAVY, LLC only.**

5  Nothing in this Joint Motion shall be construed to affect plaintiffs' complaint and
6  claims in the above referenced case against defendant other than defendant OLD NAVY,
7  LLC.

Dated:   March 12, 2008          DISABLED ADVOCACY GROUP, APLC

 /s/ Lynn Hubbard, III
LYNN HUBBARD
Attorney for Plaintiff A.J. Oliver

Dated:   March 10, 2008          GAP, INC.

 /s/ Ike Krasniewicz
IKE KRASNIEWICZ
Attorney for Defendant Old Navy, LLC