**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF BUTTE

    I, Lynn Hubbard, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

    On March 12, 2008, I caused the document(s) described as: **JOINT MOTION FOR DISMISSAL** to be served on the interested parties in this action as follows:

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption and number on this date, in the following manner:

    The following is a procedure in which service of this document was effected:

(xx) ELECTRONIC SERVICE - by causing the document to be served via the Court's ECF Filing System.
( ) OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).
( ) FAX - by transmitting pursuant to Rules 2001 et seq., the above-described document(s) by facsimile machine (which complied with Rule 2003(3)). The transmission originated from facsimile phone number (530) 894-8244, and was reported complete without error. The facsimile machine properly issued a transmission report.
( ) PERSONAL SERVICE - by causing to be delivered such document by hand to the offices of the addressee(s).

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 12, 2008        /s/ Lynn Hubbard, III
                                            LYNN HUBBARD, III