| | |
|---|---|
| 1 | LYNN HUBBARD, III, SBN 69773 |
| 2 | SCOTTLYNN J HUBBARD IV, SBN 212970<br>DISABLED ADVOCACY GROUP, APLC |
| 3 | 12 Williamsburg Lane<br>Chico, CA 95926 |
| 4 | Telephone: (530) 895-3252<br>Fax: (530) 894-8244 |
| 5 | Attorneys for Plaintiff |

CARL GOLDBERG, SBN 154881
MACY'S DEPARTMENT STORES
170 O'Farrell/Int Bx 47
San Francisco, CA 94102
Telephone: (415) 393-3987
Fax: (415) 393-3034

Attorney for Defendant Macy's Department Stores, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER, | Case No. 07cv2300 L (POR) |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL** |
| v. | |
| OLD NAVY, LLC, et al, | |
| Defendants. | |

Joint Motion for Dismissal
of Defendant Macy's Department Stores, Inc.    - 1 -    *Oliver v. Old Navy, LLC, et al.*
Case No. 07cv2300 L (POR)

1    IT IS HEREBY JOINTLY REQUESTED, pursuant to settlement and release agreements between plaintiff, A.J. OLIVER, and defendant, MACY'S DEPARTMENT STORES, INC., that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41 **as to defendant MACY'S DEPARTMENT STORES, INC. only.**

Nothing in this Joint Motion shall be construed to affect plaintiffs' complaint and claims in the above referenced case against defendant other than defendant MACY'S DEPARTMENT STORES, INC.

Dated:  March 13, 2008                DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard, III
LYNN HUBBARD
Attorney for Plaintiff A.J. Oliver

Dated:  March 13, 2008                MACY'S DEPARTMENT STORES

/s/ Carl Goldberg
CARL GOLDBERG
Attorney for Defendant Macy's Department Stores, Inc.