UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>                     Plaintiff,<br><br>     v.<br><br>OLD NAVY LLC, doing business as Old Navy # 5873; J.C. PENNEY COMPANY INC., doing business as J.C. Penney #1950; MACY'S DEPARTMENT STORES, INC., doing business as Macy's; FASHION VALLEY MALL; SIMON PROPERTY GROUP, INC.,<br><br>                     Defendant. | Civil No.  07-cv-2300-L-POR<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On March 10, 2008, counsel for Plaintiff filed notices representing that claims against all Defendants have been settled. Counsel for Defendants have represented same to the Court. Accordingly, IT IS HEREBY ORDERED:

1. The Early Neutral Evaluation conference scheduled in this matter for March 17, 2008 at 10:00 a.m. shall be VACATED.

2. A Joint Motion for Dismissal shall be submitted to the Honorable M. James Lorenz on or before April 17, 2008. A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

3. If a Joint Motion for Dismissal is not submitted on or before April 17, 2008, then a Settlement Disposition Conference shall be held on **April 18, 2008**, at **9:30 a.m.** before Judge Porter. The conference shall be telephonic, with attorneys only.

Plaintiff's counsel shall initiate and coordinate the conference call.

4. If a Joint Motion for Dismissal is received on or before April 17, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: March 12, 2008

*[signature]*
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable M. James Lorenz
all parties