UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER, <br><br> Plaintiff, <br><br> v. <br><br> OLD NAVY, LLC, *et al.*, <br><br> Defendants. | Civil No. 07-CV-2300-L(POR) <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT MACY'S DEPARTMENT STORES, INC.[doc. #20]** |

Good cause appearing, **IT IS ORDERED** the parties joint motion [doc. #20] to dismiss with prejudice defendant Macy's Department Stores, Inc. only is **GRANTED.**

**IT IS SO ORDERED.**

DATED: March 17, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07cv720

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28