1   LYNN HUBBARD, III, SBN 69773
    SCOTTLYNN J HUBBARD IV, SBN 212970
2   DISABLED ADVOCACY GROUP, APLC
    12 Williamsburg Lane
3   Chico, CA 95926
    Telephone:  (530) 895-3252
4   Fax:  (530) 894-8244

5   Attorneys for Plaintiff

6

7   PATRICK HURLEY, SBN 174438
    MANNING & MARDER KASS ELLROD RAMIREZ
    One California Street, Suite 1100
8   San Francisco, CA 94111
    Telephone: (415) 217-6990
9   Fax: (415) 217-6999

10  Attorney for Defendant J.C. Penney Company, Inc.

11

12

13

14                      UNITED STATES DISTRICT COURT

15                    SOUTHERN DISTRICT OF CALIFORNIA

16

17  A.J. OLIVER,                          Case No. 07cv2300 L (POR)

18          Plaintiff,
                                          **JOINT MOTION FOR DISMISSAL**
19  v.

20  OLD NAVY, LLC, et al,

21          Defendants.
                                                              /
22  _____

23

24

25

26

27

28

Joint Motion for Dismissal                              *Oliver v. Old Navy, LLC, et al.*
of Defendant J.C. Penney Company, Inc.      - 1 -       Case No. 07cv2300 L (POR)

1   IT IS HEREBY JOINTLY REQUESTED, pursuant to settlement and release

2   agreements between plaintiff, A.J. OLIVER, and defendant, J.C. PENNEY COMPANY,

3   INC., that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-

4   entitled action pursuant to Fed. R. Civ. P. 41 **as to defendant J.C. PENNEY COMPANY,**

5   **INC. only.**

6   Nothing in this Joint Motion shall be construed to affect plaintiffs' complaint and

7   claims in the above referenced case against defendant other than defendant J.C. PENNEY

8   COMPANY, INC.

9

10

11  Dated:   April 17, 2008                    DISABLED ADVOCACY GROUP, APLC

12                                              */s/ Lynn Hubbard, III*
                                                LYNN HUBBARD, III
13                                              Attorney for Plaintiff A.J. Oliver

14

15  Dated:   April 16, 2008                    MANNING & MARDER KASS ELLROD
                                                RAMIREZ
16

17                                              */s/ Patrick Hurley*
                                                PATRICK HURLEY
18                                              Attorney for Defendant J.C. Penney Company,
                                                Inc.
19

20

21

22

23

24

25

26

27

28