1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10

11   A.J. OLIVER,                        )    Civil No. 07-CV-2300-L(POR)
                                         )
12                   Plaintiff,          )    **ORDER GRANTING JOINT**
                                         )    **MOTION FOR DISMISSAL OF**
13   v.                                  )    **DEFENDANT J.C. PENNEY**
                                         )    **COMPANY, INC. [doc. #24]**
14   OLD NAVY, LLC, *et al.,*            )
                                         )
15                   Defendants.         )
                                         )
16   _____ )

17        Good cause appearing, **IT IS ORDERED** the parties joint motion [doc. #24] to dismiss

18   with prejudice defendant J.C. Penney Company, Inc. only is **GRANTED.**

19        **IT IS SO ORDERED.**

20   DATED: March 17, 2008

21                                            _____
                                             M. James Lorenz
22                                           United States District Court Judge

23   COPY TO:

24   HON. LOUISA S. PORTER
     UNITED STATES MAGISTRATE JUDGE
25

26   ALL PARTIES/COUNSEL

27

28

                                                                            07cv720