1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10   A.J. OLIVER,                                  Civil No.    07-cv-2300-L-POR

11                                Plaintiff,       **ORDER RESCHEDULING
                                                  SETTLEMENT DISPOSITION
12              v.                                 CONFERENCE**

13   FASHION VALLEY MALL; SIMON
     PROPERTY GROUP, INC.,

14                                Defendant.

15          On April 17, 2008, counsel for the remaining parties in this case jointly contacted the Court

16   to request that the Settlement Disposition Conference set for April 18, 2008 at 9:30 a.m. be

17   rescheduled.  Counsel represent that the parties are agreement on a settlement in principle but

18   require additional time before jointly moving to dismiss the action.  Accordingly, IT IS HEREBY

19   ORDERED:

20          1.      A Joint Motion for Dismissal shall be submitted to the Honorable M. James Lorenz

21                  on or before May 9, 2008.  A courtesy copy shall be delivered to the chambers of the

22                  Honorable Louisa S. Porter.  The courtesy copy may be lodged with chambers via e-

23                  mail to efile_Porter@casd.uscourts.gov.

24          2.      If a Joint Motion for Dismissal is not submitted on or before May 9, 2008, then a

25                  Settlement Disposition Conference shall be held on **May 12, 2008**, at **9:30 a.m.**

26                  before Judge Porter.  The conference shall be telephonic, with attorneys only.

27                  Plaintiff's counsel shall initiate and coordinate the conference call.

28   ///

1    3.    If a Joint Motion for Dismissal is received on or before May 9, 2008, the Settlement

2         Disposition Conference shall be VACATED without further court order.

3

4   DATED:  April 17, 2008

5

6                                          LOUISA S PORTER
                                           United States Magistrate Judge

7

8   cc:        The Honorable M. James Lorenz

9              all parties

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv2300