UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FASHION VALLEY MALL; SIMON PROPERTY GROUP, INC.,<br><br>　　　　　　　　　　Defendant. | Civil No.　07-cv-2300-L-POR<br><br>**ORDER RESCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On May 8, 2008, counsel for the remaining parties in this case contacted the Court and requested that the Settlement Disposition Conference set for May 12, 2008 at 9:30 a.m. be rescheduled. Counsel represent that the parties are currently executing their settlement agreement and require additional time before jointly moving to dismiss the action. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable M. James Lorenz on or before **June 4, 2008**. A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before June 4, 2008, then the Settlement Disposition Conference set for May 12, 2008 shall be held on **June 5, 2008**, at **9:30 a.m.** before Judge Porter. The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall initiate and coordinate the conference call.

///

- 1 -

07cv2300

3. If a Joint Motion for Dismissal is received on or before June 4, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: May 9, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable M. James Lorenz
        all parties