1  LYNN HUBBARD, III, Bar No. 69773
   SCOTTLYNN J. HUBBARD IV, Bar No. 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:    530.895.3252
4  Facsimile:    530.894.8244
   Email:        usdcso@hubslaw.com
5
   Attorneys for Plaintiff A.J. OLIVER
6
7  RYAN D. FISCHBACH, Bar No. 204406
   BAKER & HOSTETLER LLP
8  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, CA  90025-7120
9  Telephone:    310.820.8800
   Facsimile:    310.820.8859
10 Email:        rfischbach@bakerlaw.com

11 Attorneys for Defendants
   FASHION VALLEY MALL, LLC and SIMON
12 PROPERTY GROUP, INC.

13

14              UNITED STATES DISTRICT COURT

15             SOUTHERN DISTRICT OF CALIFORNIA

16

17 A. J. OLIVER,                        Case No.  07CV 2300L POR

18            Plaintiff,                **JOINT MOTION FOR DISMISSAL**

19 v.

20 OLD NAVY, LLC dba OLD NAVY
   #5873; J.C. PENNEY COMPANY, INC.
21 dba JCPENNEY #1950; MACY'S
   DEPARTMENT STORES, INC. dba
22 MACY'S; FASHION VALLEY MALL;
   and SIMON PROPERTY GROUP, INC.,
23
24            Defendants.

25

26      IT IS HEREBY JOINTLY REQUESTED, pursuant to the settlement and release

27 agreement between plaintiff, A.J. OLIVER, and defendants, FASHION VALLEY MALL, LLC

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  and SIMON PROPERTY GROUP, INC., that this Court enter a dismissal with prejudice of

2  plaintiff's complaint in the above-entitled action pursuant to Fed.R.Civ.P. 41 as to defendants

3  FASHION VALLEY MALL, LLC and SIMON PROPERTY GROUP, INC. only.

4       Nothing in this Joint Motion shall be construed to affect plaintiffs' complaint and claims

5  in the above referenced case against defendants other than defendants FASHION VALLEY

6  MALL, LLC and SIMON PROPERTY GROUP, INC.

7

8  Dated:   June 3, 2008                    LAW OFFICES OF LYNN HUBBARD

9

10

11                                          s/ Lynn Hubbard III
                                            LYNN HUBBARD, III
12                                          ATTORNEYS FOR PLAINTIFF
                                            A.J. OLIVER
13                                          Email: usdcso@hubslaw.com

14  Dated:   June 4, 2008                   BAKER & HOSTETLER LLP

15

16

17                                          s/ Ryan D. Fischbach
                                            RYAN D. FISCHBACH
18                                          ATTORNEYS FOR DEFENDANTS
                                            FASHION VALLEY MALL, LLC  AND
19                                          SIMON PROPERTY GROUP, INC.
                                            Email: rfischbach@bakerlaw.com

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

501903776

- 2 -

1   and SIMON PROPERTY GROUP, INC., that this Court enter a dismissal with prejudice of

2   plaintiff's complaint in the above-entitled action pursuant to Fed.R.Civ.P. 41 as to defendants

3   FASHION VALLEY MALL, LLC and SIMON PROPERTY GROUP, INC. only.

4       Nothing in this Joint Motion shall be construed to affect plaintiffs' complaint and claims

5   in the above referenced case against defendants other than defendants FASHION VALLEY

6   MALL, LLC and SIMON PROPERTY GROUP, INC.

7

8   Dated: June 3, 2008                    LAW OFFICES OF LYNN HUBBARD

9

10

11                                          _____
                                            LYNN HUBBARD, III
12                                          ATTORNEYS FOR PLAINTIFF
                                            A.J. OLIVER
13

14  Dated: June __, 2008                    BAKER & HOSTETLER LLP

15

16

17                                          _____
                                            RYAN D. FISCHBACH
18                                          ATTORNEYS FOR DEFENDANTS
                                            FASHION VALLEY MALL, LLC AND
19                                          SIMON PROPERTY GROUP, INC.

20
21
22
23
24
25
26
27
28

561903776                  - 2 -                   JOINT MOTION FOR DISMISSAL
                                                   07CV 2300L POR

## PROOF OF SERVICE

I am employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California  90025-7120.  On June 4, 2008, I served a copy of the within document(s):

### JOINT MOTION FOR DISMISSAL

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. and the transmission was reported as complete and without error.

☐     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒     via electronic mail by the U.S. District Court – Live System

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Lynn Hubbard, III, Esq.
Scottlynn J. Hubbard, IV, Esq.
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA  95926
Telephone:  530-895-3252

Attorneys for Plaintiff
A.J. Oliver

Kathleen A. Hunt, Esq.
Patrick L. Hurley, Esq.
Manning & Marder
Kass, Ellrod, Ramirez LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone:  213-624-6900

Attorneys for Defendant J.C. Penney
Corporation, Inc. (erroneously sued as
J.C. Penney Company, Inc.)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 4, 2008, at Los Angeles, California.

_Leigh-Anne Locke_
Leigh-Anne Locke

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES