1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OLD NAVY, LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Civil No. 07-CV-2300-L(POR) <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS FASHION VALLEY MALL, LLC AND SIMON PROPERTY GROUP, INC. [doc. #28]** |

    Good cause appearing, **IT IS ORDERED** the parties joint motion [doc. #28] to dismiss with prejudice defendants Fashion Valley Mall, LLC and Simon Property Group, Inc. only is **GRANTED.**

    **IT IS SO ORDERED.**

DATED: June 5, 2008

                                                                    M. James Lorenz
                                                                      United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28